

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) |
| v. | ) Case No. ) |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) **08CV3660** ) **JUDGE NORGLE** ) **MAGISTRATE JUDGE NOLAN** ) ) |
| Defendants. | ) |

FILED
JUN 2 6 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### RULE 7.1 DISCLOSURE STATEMENT

Uptown Produce Connection, Inc. ("Plaintiff"), through its undersigned counsel, respectfully submits this disclosure statement pursuant to Fed. R. Civ. P. 7.1(a) and states as follows:

1. Any non-governmental corporate party or other legal entity to a proceeding before this Court must file a statement identifying all its parent entities and listing any publicly held entity that owns 10% or more of the party's stock.

2. Plaintiff hereby certifies that it does not have any parent corporation or any publicly held corporation that owns 10% or more of Plaintiff's stock.

WHEREFORE, Uptown Produce Connection, Inc. hereby submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

DATE: June 25, 2008

Respectfully Submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.
One of its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Telephone: (847) 934-6500
Facsimile:  (847) 934-6508
Keaton@pacatrust.com
Klinowski@pacatrust.com