# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Virginia M. Kendall |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 6/26/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION INC vs. TRI-COUNTY PRODUCE INC et al | | |

**DOCKET ENTRY TEXT**

Defendants fail to appear. Temporary Restraining Order Hearing held. Plaintiff's motion for a temporary restraining order is granted. Status hearing before Judge Norgle is set for July 1, 2008 at 10:00 am.

■ [ For further detail see separate order(s).]　　　Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | JS |
|---|---|---|