## United States District Court for the Northern District of Illinois

Case Number: 08CV3660　　　　Assigned/Issued By: DAJ

Judge Name:　　　　Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*　☐ $350.00　☐ $39.00　☐ $5.00

☐ IFP　☐ No Fee　☐ Other _____

☐ $455.00

Number of Service Copies _____　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons　　　　　　　　　　☐ Alias Summons

☐ Third Party Summons　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　_____
☐ Citation to Discover Assets　　(Victim, Against and $ Amount)

☐ Writ _____
　　　(Type of Writ)

__4__ Original and __0__ copies on __07/02/08__ as to _TRI COUNTY PRODUCE_
　　　　　　　　　　　　　　　(Date)
_INC, DAVID MARANO, PATRICIA MARANO, ANGELO MARANO._