UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNPTOWN PRODUCE CONNECTION, INC.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>TRI COUNTY PRODUCE, INC., ET AL.<br><br>DEFENDANT(S) | Case No.<br>08-CV-3660<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS, COMPLAINT, EXHIBITA A, CERTIFIED COPY OF TRO AND CORPORATE DISCLOSURE STATEMENT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 10, 2008**, at **12:52 PM**, I served the above described documents upon **TRI COUNTY PRODUCE, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATRICIA MARANO / PRESIDENT**, an officer, managing agent authorized agent of the within named company.

Said service was effected at **408 BROOK STREET, ELGIN, IL 60120**.

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **65**   Hgt: **5'4"**   Wgt: **175**   Hair: **GRAY**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_signature_

**Robert D Fairbanks, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**

**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 10th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                ORIGINAL PROOF OF            TRACKING #
**Keaton & Associates, P.C.***        SERVICE                39736
**FILE #:**