UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNPTOWN PRODUCE CONNECTION, INC.

PLAINTIFF(S)

vs.

TRI COUNTY PRODUCE, INC., ET AL.

DEFENDANT(S)

Case No.
08-CV-3660

SERVICE DOCUMENTS:
SUMMONS, COMPLAINT, EXHIBITA A, CERTIFIED COPY OF TRO AND CORPORATE DISCLOSURE STATEMENT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 10, 2008,** at **12:52 PM**, I served the above described documents upon **DAVID MARANO** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **DAVID MARANO.**

Said service was effected at **408 BROOK STREET, ELGIN, IL 60120.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **45**  Hgt: **5'8"**  Wgt: **165**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Robert D Fairbanks* (signature)

**Robert D Fairbanks, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187**

**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 10th day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: | ORIGINAL PROOF OF | TRACKING # |
|---|---|---|
| **Keaton & Associates, P.C.*** | SERVICE | 39737 |
| FILE #: | | |