UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC. </br> Plaintiff, </br> v. </br></br> TRI-COUNTY PRODUCE, INC., ANGELO MARANO; DAVID MARANO; and PATRICIA MARANO, </br></br> Defendants. | Case No. 08-cv-3660 </br> Judge Norgle </br> Magistrate Judge Nolan |
| STRUBE CELERY & VEGETABLE CO., </br> MICHAEL J. NAVILIO & SON, INC., </br> COOSEMANS CHICAGO, INC. </br></br> Intervening Plaintiffs, </br> v. </br></br> TRI-COUNTY PRODUCE, INC., ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, </br></br> Defendants. | Hearing: </br> Date:  July 18, 2008 </br> Time:  10:30 am </br> Judge:  Hon. Charles Norgle |

**NOTICE OF MOTION AND HEARING**

Uptown Produce Connection, Inc.
c/o Jason Klinowski, Esq.
Keaton & Associates
1278 W. Northwest Highway, Ste. 903
Palatine, IL 60067

Angelo Marano
408 Brook Street
Elgin, IL 60120-3602

Tri-County Produce, Inc.
Attn: Richard Imming, Reg. Agent
408 Brook Street
Elgin, IL 60120-3602

David Marano
408 Brook Street
Elgin, IL 60120-3602

Patricia Marano
408 Brook Street
Elgin, IL 60120-3602

**PLEASE TAKE NOTICE** that on Monday, July 14, 2008, the **MOTION OF STRUBE CELERY & VEGETABLE CO., MICHAEL J. NAVILIO & SON, INC., and COOSEMANS CHICAGO, INC. FOR LEAVE TO INTERVENE, and MEMORANDUM OF LAW IN SUPPORT** were filed, copies of which were served upon you via overnight delivery on July 14, 2008.

**PLEASE TAKE FURTHER NOTICE** that this matter is set to be heard on **July 18, 2008, at 10:30 a.m.** before the Honorable Charles Norgle at Everett McKinley Dirksen Building, Room 2341, 219 South Dearborn Street, Chicago, IL 60604.

Dated this 14th day of July, 2008.        Respectfully submitted,

| | |
|---|---|
| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
| By:s/ Mary Jean Fassett | By: s/ William B. Kohn |
| Mary Jean Fassett, ID#9078552 | William B. Kohn, ARDC #6196142 |
| 4900 Massachusetts Ave., N.W. | 150 N. Wacker Drive |
| Suite 310 | Suite 1400 |
| Washington, DC 20016 | Chicago, Illinois 60606 |
| (202) 364-0400 | (312) 553-1200 |
| mjf@mccarronlaw.com | kohn@wbkohnlaw.com |
| | Attorneys for Intervening Plaintiffs |
| | Strube Celery & Vegetable Co. |
| | Michael J. Navilio & Son, Inc. |
| | Coosemans Chicago, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system this 14th day of July, 2008, to all counsel of record, and via facsimile and overnight delivery to the following:

Tri-County Produce, Inc.
Attn: Richard C. Imming, Esq., Registered Agent
408 Brook Street
Elgin, IL 60120-3602
(Facsimile 847-742-9975)

Patricia Marano
408 Brook Street
Elgin, IL 60120-3602

Angelo Marano
408 Brook Street
Elgin, IL 60120-3602

David Marano
408 Brook Street
Elgin, IL 60120-3602

                                                s/ Mary Jean Fassett
                                                Mary Jean Fassett