# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-3660 |
| Uptown Produce Connection, Inc. v. Tri-County Produce, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intervening Plaintiffs Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans Chicago, Inc.

| |
|---|
| NAME (Type or print)<br>Mary Jean Fassett |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mary Jean Fassett |
| FIRM<br>McCarron & Diess |
| STREET ADDRESS<br>4900 Massachusetts Avenue, NW, Suite 310 |
| CITY/STATE/ZIP<br>Washington, DC 20016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>9078552 | TELEPHONE NUMBER<br>202-364-0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐