**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**UPTOWN PRODUCE CONNECTION, INC.,**
**Plaintiff,**

**ANTHONY MARANO COMPANY,**
**Intervening Plaintiff,**

**v.**

**TRI-COUNTY PRODUCE, INC.,**
**ANGELO MARANO, DAVID MARANO,**
**and PATRICIA MARANO,**
**Defendants.**

**Civil Action No. 08-C-3660**
**Judge Norgle**
**Magistrate Judge Nolan**

## ANTHONY MARANO COMPANY'S MOTION TO INTERVENE PURSUANT TO FEDERAL RULE 24

NOW COMES ANTHONY MARANO COMPANY (hereinafter "AMC"), by and through its attorneys, Lawrence B. Ordower and Michael T. Stanley of ORDOWER & ORDOWER, P.C., and as and for its Motion to Intervene Pursuant to Federal Rule 24, states as follows:

### 1. ANTHONY MARANO COMPANY CAN INTERVENE AS OF RIGHT IN THIS MATTER

1. AMC has an interest in the trust assets that are the subject of this action and would be impaired and impeded in its ability to protect that interest if not represented in this matter.

2. Federal Rules of Civil Procedure, Rule 24(a) provides for intervention as of right and states, in part,

   "Upon timely application anyone shall be permitted to intervene in an action...(2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties."

3. In this case, AMC is a supplier of perishable agricultural commodities (hereinafter

"Produce") and has preserved its respective interest in a statutory trust pursuant to the

Perishable Agricultural Commodities Act (hereinafter "PACA") in the amount of

$89,126.50  by delivering invoices to Defendants which contain the language required by

7 U.S.C.§499e(c)(4).

4.     AMC has attached its Intervening Complaint hereto as Exhibit A and its Affidavit of

Anton Marano in Support of PACA Trust Claim hereto as Exhibit B.  AMC alleges that it

supplied Produce to Tri-County Produce, Inc. and that Angelo Marano, David Marano,

and Patricia Marano were directors, officers, shareholders and/or principals of Tri-County

Produce, Inc. who carried out the day to day operations of Tri-County Produce, Inc.

5.     AMC alleges that Defendants breached the PACA trust by failing to pay for Produce

when payment was due.  AMC has a right to PACA trust assets held by Defendants.

6.     Plaintiff Uptown Produce Connection, Inc. (hereinafter "Uptown") filed its Complaint on

June 26, 2008 alleging similar violations of PACA trust assets as those alleged by AMC.

Uptown has been granted a temporary restraining order restraining Defendants and others

from transferring PACA trust assets pending further order of this Court or a deposit in the

amount of $23,918.77 with the Registry of this Court.

7.     Therefore, AMC and Uptown allege a right to the same trust corpus held by Defendants.

Federal Rules of Civil Procedure, Rule 24(a) allows for intervention as of right under

these circumstances and AMC should be allowed to intervene in this matter as of right.

## 2. THE TEMPORARY RESTRAINING ORDER ENTERED IN FAVOR OF UPTOWN
## SHOULD BE EXPANDED TO PROTECT THE INTEREST OF AMC

8.     Uptown was granted a temporary restraining order on June 26, 2008 that restrains the

transfer of assets of Tri-County until such time as the sum of $23,918.77 is deposited

with the court.  That amount should be increased to include the $89,126.50 plus interest and attorney fees claimed by AMC.

9.  PACA trusts consist of not only the Produce supplied, but also the proceeds of the sale of the Produce.  7 U.S.C. § 499e(c).  In the event that trust assets are insufficient to pay the claims of all PACA trust creditors in full, qualified PACA trust creditors are entitled to a pro-rata distribution of the trust fund.  In re Milton Poulos, Inc., 107 Bankr. 715 (9th Cir. B.A.P. 1989); J.R. Brooks & Sons, Inc. v. Norman's Country Market, Inc., 98 Bankr. 47 (Bankr. N.D. Fla. 1989); and In re United Fruit & Produce, 86 Bankr. 14 (Bankr. D. Conn. 1988).  Anticipating this potential result and the likelihood that additional PACA trust creditors exist which are not yet parties to the litigation, the Frio Ice, S.A., v. Sunfruit, Inc. court ruled that the trust account should contain all trust assets, not just an amount sufficient to cover the claim of one PACA creditor, as the trust exists for the benefit of all unpaid suppliers, who would then be entitled to their pro-rata share.  918 F.2d 154, 159 (11th Cir. 1990) (emphasis added).

10.  In this case, the Intervening Complaint and Affidavit of Anton Marano in Support of PACA Trust Claim allege and attest to the claim of AMC to PACA trust assets held by Tri-County in the amount of $89,126.50.  If Tri-County were to deposit $23,918.77 with this court, as required within the existing temporary restraining order, AMC's claim to PACA trust assets would not be protected.

11.  The Temporary Restraining Order entered on June 26, 2008 should be modified to require Tri-State to deposit with this court the sum of the claims by AMC and Uptown, or $113,045.27 so that both PACA claimant's trust assets can be preserved.

WHEREFORE ANTHONY MARANO COMPANY prays that the Court grant its

Motion to Intervene Pursuant to Federal Rule 24 and that the Court modify its Temporary

Restraining Order and restrain all transfers of PACA trust assets until such time as Defendants

deposit $113,045.27 with the Registry of this Court.

ANTHONY MARANO COMPANY

 s/s Michael T. Stanley

One of its attorneys

Lawrence B. Ordower
Michael T. Stanley
Ordower & Ordower, P.C.
Attorney for Fruitland of Burr Ridge, Inc.
One North LaSalle Street, No. 1300
Chicago, Illinois  60602
(312) 263-5122
C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\MoIntervene071108.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UPTOWN PRODUCE CONNECTION, INC.,**<br>**Plaintiff,**<br><br>**ANTHONY MARANO COMPANY,**<br>**Intervening Plaintiff,**<br><br>**v.**<br><br>**TRI-COUNTY PRODUCE, INC.,**<br>**ANGELO MARANO, DAVID MARANO,**<br>**and PATRICIA MARANO,**<br>**Defendants.** | **Civil Action No. 08-C-3660**<br>**Judge Norgle**<br>**Magistrate Judge Nolan** |

**INTERVENING COMPLAINT**
(To enforce payment from Produce Trust)

_____Intervening Plaintiff, ANTHONY MARANO COMPANY (hereinafter "AMC") for its complaint against TRI-COUNTY PRODUCE, INC., an Illinois corporation, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO (hereinafter collectively referred to as "Defendants") allege:

**Jurisdiction and Venue**

1. Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C.§499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2. Venue in this District is based on 28 U.S.C. § 1391 in that (a) Plaintiff's claims arose in this District and (b) Defendants' principal places of business are in this district.

3. Plaintiff AMC is an Illinois corporation with its principal place of business in Chicago, Illinois. Plaintiff is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "Produce") in interstate commerce. At all

times pertinent herein, AMC was subject to and licensed under the PACA as a dealer under

PACA license number 19189931.

   4.  (a)  TRI-COUNTY PRODUCE, INC., an Illinois corporation (hereinafter "TRI-

COUNTY"), having its principal place of business in Elgin, Illinois at all times pertinent herein,

was subject to the provisions of the PACA.

     (b) ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, upon

information and belief, were at all times pertinent herein, dealers and commission merchants and

subject to the PACA, were also directors, officers, shareholders and/or  principals of TRI-

COUNTY, who carried out the day to day operations of TRI-COUNTY, during the period of

time in question.

### General Allegations

   5.  This action is brought to enforce the trust provisions of P.L. 98-273, the 1984

amendment to Section 5 of the PACA, 7 U.S.C. § 499 e(c).

   6.  Between October 30, 2007 and June 11, 2008, AMC sold and delivered to Defendants,

in interstate commerce, $89,126.50 worth of produce (see Statement attached hereto as "Exhibit

1").

   7.  Defendants have failed to pay for the produce when payment was due, despite repeated

demands and presently owe AMC $89,126.50, plus costs and interest.

   8.  At the time of receipt of the produce, AMC became beneficiary in a statutory trust

designed to assure payment to produce suppliers.  The trust consists of all produce or produce

related assets, including all funds commingled with funds from other sources and all assets

procured by such funds, in the possession or control of Defendants since the creation of this trust.

2

9.  Plaintiff AMC preserved its respective interest in the PACA trust in the amount of $89,126.50, by delivering invoices to Defendants which contain the language required by 7 U.S.C.§499e(c)(4).

10.  Defendants' failure and inability to pay shows that Defendants are failing to maintain sufficient assets in the statutory trust to pay AMC and are dissipating trust assets.

## Count I

### (Failure to Pay Trust Funds)

11.  AMC incorporates each and every allegation set forth in paragraphs 1 to 10 above as if fully set forth herein.

12.  The failure of Defendants to make payment to AMC of trust funds in the amount of $89,126.50 from the statutory trust is a violation of the PACA and PACA regulations, and is unlawful.

**WHEREFORE**, AMC requests an order enforcing payment from the trust by requiring Defendants, TRI-COUNTY PRODUCE, INC., an Illinois corporation, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, to make immediate payment of $89,126.50 to AMC.

## Count II

### (Failure to Pay for Goods Sold)

13.  AMC incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14.  Defendants failed and refused to pay AMC $89,126.50 owed to AMC for produce received by Defendants from AMC.

3

**WHEREFORE**, AMC requests judgment for AMC and against Defendants, TRI-COUNTY PRODUCE, INC., an Illinois corporation, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO in the amount of $89,126.50, jointly and severally.

### Count III

(Unlawful Dissipation of Trust Assets by Corporate Officials - Angelo Marano, David Marano, and Patricia Marano)

15.  AMC incorporates each and every allegation set forth in paragraph 1 to 14 above as if fully set forth herein.

16.  Angelo Marano, David Marano, and Patricia Marano were directors, officers, shareholders and/or  principals of TRI-COUNTY, during the period of time in question.

17.   Angelo Marano, David Marano, and Patricia Marano failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay AMC for the produce it supplied.

18.  Angelo Marano, David Marano, and Patricia Marano's failure to direct the corporation to maintain PACA trust assets and pay AMC for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

19.  As a result of said unlawful dissipation of trust assets, AMC has been deprived of its rights as beneficiaries in the produce trust and has been denied payment for the produce it supplied.

**WHEREFORE**, AMC request judgment for AMC and against Angelo Marano, David Marano, and Patricia Marano in the amount of $89,126.50, jointly and severally.

### Count IV

(Failure to Pay Trust Funds - Angelo Marano, David Marano, and Patricia Marano)

4

20. AMC incorporates each and every allegation set forth in paragraphs 1 to 19 above as if fully set forth herein.

21. TRI-COUNTY is an Illinois corporation.

22. Angelo Marano, David Marano, and Patricia Marano assisted in the operation of TRI-COUNTY and, as individuals, were dealers and commission merchants subject to the PACA.

23. Angelo Marano, David Marano, and Patricia Marano's failure to make payment to AMC of trust funds in the amount of $89,126.50 to AMC is a violation of the PACA and PACA regulations and is unlawful.

**WHEREFORE**, AMC requests judgment for AMC and against Angelo Marano, David Marano, and Patricia Marano jointly and severally in the amount of $89,126.50 and an order against Angelo Marano, David Marano, and Patricia Marano enforcing payment from the trust in said amount.

### Count V

(Interest and Attorney's Fees)

24. AMC incorporates each and every allegation set forth in paragraphs 1 to 23 above as if fully set forth herein.

25. As a result of Defendants' failure to make full payment promptly of $89,126.50 to AMC, AMC has lost the use of said money.

26. As a further result of Defendants' failure to make full payment promptly of $89,126.50 to AMC, AMC has been required to pay attorney's fees and costs in order to bring this action to require Defendants to comply with their statutory duties.

5

31.  Invoices for produce sold to Defendants in this matter call for interest and attorney fees.

**WHEREFORE**, AMC requests judgment against each of the Defendants, TRI-COUNTY PRODUCE, INC., an Illinois corporation, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, jointly and severally, for prejudgment and post-judgment interest, costs and attorneys fees.

Respectfully submitted,

s/s Michael T. Stanley
Michael T. Stanley

Michael T. Stanley
Lawrence B. Ordower
Ordower & Ordower, P.C.
One N. LaSalle Street, Ste. 1300
Chicago, IL 60602
(312) 263-5122
C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\AMCvTriCountyComplaint.071108.wpd



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID ►

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 1

| TRANS'N DATE | INVOICE NO.   AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/30/2007 | A131499 | 260.00 | | 260.00 | A131499 | 260.00 | 260.00 |
| 10/30/2007 | A131515 | 54.00 | | 54.00 | A131515 | 54.00 | 314.00 |
| 10/30/2007 | A131520 | 158.00 | | 158.00 | A131520 | 158.00 | 472.00 |
| 10/30/2007 | A131544 | 114.00 | | 114.00 | A131544 | 114.00 | 586.00 |
| 10/31/2007 | A132701 | 321.00 | | 321.00 | A132701 | 321.00 | 907.00 |
| 10/31/2007 | A132703 | 300.00 | | 300.00 | A132703 | 300.00 | 1,207.00 |
| 10/31/2007 | A132719 | 177.50 | | 177.50 | A132719 | 177.50 | 1,384.50 |
| 10/31/2007 | A132723 | 196.00 | | 196.00 | A132723 | 196.00 | 1,580.50 |
| 10/31/2007 | A132805 | 185.00 | | 185.00 | A132805 | 185.00 | 1,765.50 |
| 11/01/2007 | A134160 | 130.00 | | 130.00 | A134160 | 130.00 | 1,895.50 |
| 11/01/2007 | A134164 | 420.50 | | 420.50 | A134164 | 420.50 | 2,316.00 |
| 11/01/2007 | A134304 | 52.00 | | 52.00 | A134304 | 52.00 | 2,368.00 |
| 11/01/2007 | A134314 | 298.00 | | 298.00 | A134314 | 298.00 | 2,666.00 |
| 11/02/2007 | A136539 | -66.00 | Ref:A1345-28 | -66.00 | A136539 | -66.00 | 2,600.00 |
| 11/02/2007 | A136961 | -320.00 | Ref:A1345-26 | -320.00 | A136961 | -320.00 | 2,280.00 |
| 11/02/2007 | A134526 | 1,015.00 | | 1,015.00 | A134526 | 1,015.00 | 3,295.00 |
| 11/02/2007 | A134528 | 1,661.00 | | 1,661.00 | A134528 | 1,661.00 | 4,956.00 |
| 11/02/2007 | A135126 | 615.00 | | 615.00 | A135126 | 615.00 | 5,571.00 |
| 11/02/2007 | A135349 | 545.00 | | 545.00 | A135349 | 545.00 | 6,116.00 |
| 11/02/2007 | A135649 | 30.00 | | 30.00 | A135649 | 30.00 | 6,146.00 |
| 11/02/2007 | A135650 | 104.00 | | 104.00 | A135650 | 104.00 | 6,250.00 |
| 11/02/2007 | A135655 | 100.50 | | 100.50 | A135655 | 100.50 | 6,350.50 |
| 11/02/2007 | A135669 | 57.00 | | 57.00 | A135669 | 57.00 | 6,407.50 |
| 11/02/2007 | A135671 | 12.00 | | 12.00 | A135671 | 12.00 | 6,419.50 |
| 11/02/2007 | A135682 | 64.00 | | 64.00 | A135682 | 64.00 | 6,483.50 |
| 11/02/2007 | A136233 | 93.00 | | 93.00 | A136233 | 93.00 | 6,576.50 |
| 11/05/2007 | A137264 | 189.00 | | 189.00 | A137264 | 189.00 | 6,765.50 |
| 11/05/2007 | A137266 | 7.50 | | 7.50 | A137266 | 7.50 | 6,773.00 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (   ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄──── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID ►

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 2

| TRANS'N DATE | INVOICE NO.    AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/05/2007 | A137295 | 138.50 | | 138.50 | A137295 | 138.50 | 6,911.50 |
| 11/05/2007 | A137912 | 107.50 | | 107.50 | A137912 | 107.50 | 7,019.00 |
| 11/05/2007 | A137985 | 80.00 | | 80.00 | A137985 | 80.00 | 7,099.00 |
| 11/05/2007 | A137988 | 58.00 | | 58.00 | A137988 | 58.00 | 7,157.00 |
| 11/05/2007 | A137989 | 49.00 | | 49.00 | A137989 | 49.00 | 7,206.00 |
| 11/06/2007 | A140843 | 586.00 | | 586.00 | A140843 | 586.00 | 7,792.00 |
| 11/06/2007 | A140921 | 375.00 | | 375.00 | A140921 | 375.00 | 8,167.00 |
| 11/06/2007 | A141073 | 152.00 | | 152.00 | A141073 | 152.00 | 8,319.00 |
| 11/07/2007 | A142042 | 98.00 | | 98.00 | A142042 | 98.00 | 8,417.00 |
| 11/07/2007 | A142043 | 276.00 | | 276.00 | A142043 | 276.00 | 8,693.00 |
| 11/07/2007 | A142105 | 126.00 | | 126.00 | A142105 | 126.00 | 8,819.00 |
| 11/07/2007 | A142133 | 240.00 | | 240.00 | A142133 | 240.00 | 9,059.00 |
| 11/07/2007 | A142146 | 13.00 | | 13.00 | A142146 | 13.00 | 9,072.00 |
| 11/07/2007 | A142277 | 14.50 | | 14.50 | A142277 | 14.50 | 9,086.50 |
| 11/07/2007 | A142286 | 35.00 | | 35.00 | A142286 | 35.00 | 9,121.50 |
| 11/07/2007 | A142288 | 540.00 | | 540.00 | A142288 | 540.00 | 9,661.50 |
| 11/08/2007 | A143592 | 167.00 | | 167.00 | A143592 | 167.00 | 9,828.50 |
| 11/08/2007 | A143627 | 75.00 | | 75.00 | A143627 | 75.00 | 9,903.50 |
| 11/08/2007 | A143793 | 60.00 | | 60.00 | A143793 | 60.00 | 9,963.50 |
| 11/08/2007 | A144307 | 700.00 | | 700.00 | A144307 | 700.00 | 10,663.50 |
| 11/09/2007 | A143765 | 602.00 | | 602.00 | A143765 | 602.00 | 11,265.50 |
| 11/09/2007 | A143942 | 1,592.00 | | 1,592.00 | A143942 | 1,592.00 | 12,857.50 |
| 11/09/2007 | A144080 | 400.00 | | 400.00 | A144080 | 400.00 | 13,257.50 |
| 11/09/2007 | A144520 | 570.00 | | 570.00 | A144520 | 570.00 | 13,827.50 |
| 11/09/2007 | A145090 | 71.00 | | 71.00 | A145090 | 71.00 | 13,898.50 |
| 11/09/2007 | A145092 | 60.00 | | 60.00 | A145092 | 60.00 | 13,958.50 |
| 11/09/2007 | A145106 | 104.00 | | 104.00 | A145106 | 104.00 | 14,062.50 |
| 11/09/2007 | A145109 | 191.50 | | 191.50 | A145109 | 191.50 | 14,254.00 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (  ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄———— TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID ►

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page  3

| TRANS'N DATE | INVOICE NO.   AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/09/2007 | A145160 | 187.00 | | 187.00 | A145160 | 187.00 | 14,441.00 |
| 11/09/2007 | A145166 | 14.00 | | 14.00 | A145166 | 14.00 | 14,455.00 |
| 11/09/2007 | A145168 | 14.00 | | 14.00 | A145168 | 14.00 | 14,469.00 |
| 11/09/2007 | A145321 | 120.00 | | 120.00 | A145321 | 120.00 | 14,589.00 |
| 11/13/2007 | A150415 | -67.50 | Ref:A1451-09 | -67.50 | A150415 | -67.50 | 14,521.50 |
| 11/13/2007 | A150147 | 82.00 | | 82.00 | A150147 | 82.00 | 14,603.50 |
| 11/13/2007 | A150148 | 273.00 | | 273.00 | A150148 | 273.00 | 14,876.50 |
| 11/14/2007 | A151377 | 350.00 | | 350.00 | A151377 | 350.00 | 15,226.50 |
| 11/14/2007 | A151380 | 60.00 | | 60.00 | A151380 | 60.00 | 15,286.50 |
| 11/14/2007 | A151390 | 21.00 | | 21.00 | A151390 | 21.00 | 15,307.50 |
| 11/14/2007 | A151410 | 238.00 | | 238.00 | A151410 | 238.00 | 15,545.50 |
| 11/14/2007 | A151546 | 12.00 | | 12.00 | A151546 | 12.00 | 15,557.50 |
| 11/14/2007 | A151574 | 106.00 | | 106.00 | A151574 | 106.00 | 15,663.50 |
| 11/15/2007 | A152667 | 349.00 | | 349.00 | A152667 | 349.00 | 16,012.50 |
| 11/15/2007 | A152687 | 106.00 | | 106.00 | A152687 | 106.00 | 16,118.50 |
| 11/15/2007 | A152777 | 216.00 | | 216.00 | A152777 | 216.00 | 16,334.50 |
| 11/15/2007 | A152780 | 210.00 | | 210.00 | A152780 | 210.00 | 16,544.50 |
| 11/15/2007 | A152937 | 764.00 | | 764.00 | A152937 | 764.00 | 17,308.50 |
| 11/15/2007 | A152965 | 1,644.00 | | 1,644.00 | A152965 | 1,644.00 | 18,952.50 |
| 11/15/2007 | A152968 | 1,225.00 | | 1,225.00 | A152968 | 1,225.00 | 20,177.50 |
| 11/16/2007 | A153954 | 900.00 | | 900.00 | A153954 | 900.00 | 21,077.50 |
| 11/16/2007 | A154111 | 124.00 | | 124.00 | A154111 | 124.00 | 21,201.50 |
| 11/16/2007 | A154270 | 306.00 | | 306.00 | A154270 | 306.00 | 21,507.50 |
| 11/16/2007 | A154274 | 178.00 | | 178.00 | A154274 | 178.00 | 21,685.50 |
| 11/16/2007 | A154275 | 100.50 | | 100.50 | A154275 | 100.50 | 21,786.00 |
| 11/20/2007 | A159432 | 147.00 | | 147.00 | A159432 | 147.00 | 21,933.00 |
| 11/20/2007 | A159444 | 245.50 | | 245.50 | A159444 | 245.50 | 22,178.50 |
| 11/20/2007 | A159547 | 490.00 | | 490.00 | A159547 | 490.00 | 22,668.50 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
\* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄──── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL  60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID ▶

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 4

| TRANS'N DATE | INVOICE NO.  AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/20/2007 | A159564 | 349.00 | | 349.00 | A159564 | 349.00 | 23,017.50 |
| 11/20/2007 | A159566 | 103.00 | | 103.00 | A159566 | 103.00 | 23,120.50 |
| 11/20/2007 | A159781 | 31.00 | | 31.00 | A159781 | 31.00 | 23,151.50 |
| 11/21/2007 | A161275 | 563.50 | | 563.50 | A161275 | 563.50 | 23,715.00 |
| 11/21/2007 | A161329 | 255.00 | | 255.00 | A161329 | 255.00 | 23,970.00 |
| 11/21/2007 | A161347 | 100.00 | | 100.00 | A161347 | 100.00 | 24,070.00 |
| 11/21/2007 | A161377 | 370.50 | | 370.50 | A161377 | 370.50 | 24,440.50 |
| 11/21/2007 | A161602 | 67.50 | | 67.50 | A161602 | 67.50 | 24,508.00 |
| 11/23/2007 | A161548 | 1,320.00 | | 1,320.00 | A161548 | 1,320.00 | 25,828.00 |
| 11/23/2007 | A162530 | 397.50 | | 397.50 | A162530 | 397.50 | 26,225.50 |
| 11/23/2007 | A162624 | 90.00 | | 90.00 | A162624 | 90.00 | 26,315.50 |
| 11/23/2007 | A162695 | 840.00 | | 840.00 | A162695 | 840.00 | 27,155.50 |
| 11/23/2007 | A162919 | 120.00 | | 120.00 | A162919 | 120.00 | 27,275.50 |
| 11/23/2007 | A162921 | 132.00 | | 132.00 | A162921 | 132.00 | 27,407.50 |
| 11/23/2007 | A162930 | 419.00 | | 419.00 | A162930 | 419.00 | 27,826.50 |
| 11/27/2007 | A167360 | 140.00 | | 140.00 | A167360 | 140.00 | 27,966.50 |
| 11/27/2007 | A167361 | 35.00 | | 35.00 | A167361 | 35.00 | 28,001.50 |
| 11/27/2007 | A167362 | 207.50 | | 207.50 | A167362 | 207.50 | 28,209.00 |
| 11/27/2007 | A167366 | 143.00 | | 143.00 | A167366 | 143.00 | 28,352.00 |
| 11/27/2007 | A167400 | 24.00 | | 24.00 | A167400 | 24.00 | 28,376.00 |
| 11/28/2007 | A168672 | 172.00 | | 172.00 | A168672 | 172.00 | 28,548.00 |
| 11/28/2007 | A168676 | 105.00 | | 105.00 | A168676 | 105.00 | 28,653.00 |
| 11/28/2007 | A168679 | 280.00 | | 280.00 | A168679 | 280.00 | 28,933.00 |
| 11/28/2007 | A168688 | 96.00 | | 96.00 | A168688 | 96.00 | 29,029.00 |
| 11/28/2007 | A168691 | 195.00 | | 195.00 | A168691 | 195.00 | 29,224.00 |
| 11/29/2007 | A170301 | 280.00 | | 280.00 | A170301 | 280.00 | 29,504.00 |
| 11/29/2007 | A170309 | 422.00 | | 422.00 | A170309 | 422.00 | 29,926.00 |
| 11/29/2007 | A170313 | 28.00 | | 28.00 | A170313 | 28.00 | 29,954.00 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event
legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all
Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

# ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (  ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄──── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 5

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/29/2007 | A170317 | 152.00 | | 152.00 | A170317 | 152.00 | 30,106.00 |
| 11/29/2007 | A170324 | 92.00 | | 92.00 | A170324 | 92.00 | 30,198.00 |
| 11/30/2007 | A172562 | -165.00 | Ref:A1714-77 | -165.00 | A172562 | -165.00 | 30,033.00 |
| 11/30/2007 | A170428 | 325.00 | | 325.00 | A170428 | 325.00 | 30,358.00 |
| 11/30/2007 | A170456 | 360.00 | | 360.00 | A170456 | 360.00 | 30,718.00 |
| 11/30/2007 | A170460 | 2,024.00 | | 2,024.00 | A170460 | 2,024.00 | 32,742.00 |
| 11/30/2007 | A171418 | 93.00 | | 93.00 | A171418 | 93.00 | 32,835.00 |
| 11/30/2007 | A171448 | 140.00 | | 140.00 | A171448 | 140.00 | 32,975.00 |
| 11/30/2007 | A171477 | 398.50 | | 398.50 | A171477 | 398.50 | 33,373.50 |
| 11/30/2007 | A171489 | 260.00 | | 260.00 | A171489 | 260.00 | 33,633.50 |
| 11/30/2007 | A171501 | 96.00 | | 96.00 | A171501 | 96.00 | 33,729.50 |
| 11/30/2007 | A171503 | 112.50 | | 112.50 | A171503 | 112.50 | 33,842.00 |
| 11/30/2007 | A171520 | 24.25 | | 24.25 | A171520 | 24.25 | 33,866.25 |
| 11/30/2007 | A171703 | 67.50 | | 67.50 | A171703 | 67.50 | 33,933.75 |
| 11/30/2007 | A171715 | 54.00 | | 54.00 | A171715 | 54.00 | 33,987.75 |
| 12/03/2007 | A173535 | -58.00 | Ref:A1729-94 | -58.00 | A173535 | -58.00 | 33,929.75 |
| 12/03/2007 | A172994 | 270.50 | | 270.50 | A172994 | 270.50 | 34,200.25 |
| 12/03/2007 | A173092 | 32.00 | | 32.00 | A173092 | 32.00 | 34,232.25 |
| 12/03/2007 | A173099 | 16.00 | | 16.00 | A173099 | 16.00 | 34,248.25 |
| 12/03/2007 | A173107 | 7.50 | | 7.50 | A173107 | 7.50 | 34,255.75 |
| 12/03/2007 | A173541 | 24.00 | | 24.00 | A173541 | 24.00 | 34,279.75 |
| 12/04/2007 | A176505 | 228.00 | | 228.00 | A176505 | 228.00 | 34,507.75 |
| 12/04/2007 | A176639 | 340.00 | | 340.00 | A176639 | 340.00 | 34,847.75 |
| 12/04/2007 | A176643 | 226.50 | | 226.50 | A176643 | 226.50 | 35,074.25 |
| 12/04/2007 | A176647 | 437.50 | | 437.50 | A176647 | 437.50 | 35,511.75 |
| 12/04/2007 | A176658 | 236.00 | | 236.00 | A176658 | 236.00 | 35,747.75 |
| 12/05/2007 | A178166 | -54.00 | Ref:A1714-89 | -54.00 | A178166 | -54.00 | 35,693.75 |
| 12/05/2007 | A177964 | 202.50 | | 202.50 | A177964 | 202.50 | 35,896.25 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄────── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 6

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/05/2007 | A177985 | 445.00 | | 445.00 | A177985 | 445.00 | 36,341.25 |
| 12/05/2007 | A178035 | 16.00 | | 16.00 | A178035 | 16.00 | 36,357.25 |
| 12/05/2007 | A178036 | 112.50 | | 112.50 | A178036 | 112.50 | 36,469.75 |
| 12/05/2007 | A178037 | 117.00 | | 117.00 | A178037 | 117.00 | 36,586.75 |
| 12/05/2007 | A178041 | 145.00 | | 145.00 | A178041 | 145.00 | 36,731.75 |
| 12/06/2007 | A179417 | 350.00 | | 350.00 | A179417 | 350.00 | 37,081.75 |
| 12/06/2007 | A179432 | 37.00 | | 37.00 | A179432 | 37.00 | 37,118.75 |
| 12/06/2007 | A179450 | 152.00 | | 152.00 | A179450 | 152.00 | 37,270.75 |
| 12/06/2007 | A179466 | 212.00 | | 212.00 | A179466 | 212.00 | 37,482.75 |
| 12/07/2007 | A182060 | -40.00 | Ref:A1797-18 | -40.00 | A182060 | -40.00 | 37,442.75 |
| 12/07/2007 | A179694 | 1,627.00 | | 1,627.00 | A179694 | 1,627.00 | 39,069.75 |
| 12/07/2007 | A179703 | 482.50 | | 482.50 | A179703 | 482.50 | 39,552.25 |
| 12/07/2007 | A179718 | 665.00 | | 665.00 | A179718 | 665.00 | 40,217.25 |
| 12/07/2007 | A180439 | 657.50 | | 657.50 | A180439 | 657.50 | 40,874.75 |
| 12/07/2007 | A180614 | 93.00 | | 93.00 | A180614 | 93.00 | 40,967.75 |
| 12/07/2007 | A180634 | 400.00 | | 400.00 | A180634 | 400.00 | 41,367.75 |
| 12/07/2007 | A180806 | 112.00 | | 112.00 | A180806 | 112.00 | 41,479.75 |
| 12/07/2007 | A180817 | 386.50 | | 386.50 | A180817 | 386.50 | 41,866.25 |
| 12/07/2007 | A180824 | 214.00 | | 214.00 | A180824 | 214.00 | 42,080.25 |
| 12/07/2007 | A180830 | 240.00 | | 240.00 | A180830 | 240.00 | 42,320.25 |
| 12/07/2007 | A180910 | 166.00 | | 166.00 | A180910 | 166.00 | 42,486.25 |
| 12/07/2007 | A180990 | 152.50 | | 152.50 | A180990 | 152.50 | 42,638.75 |
| 12/07/2007 | A181042 | 67.50 | | 67.50 | A181042 | 67.50 | 42,706.25 |
| 12/11/2007 | A185604 | 221.00 | | 221.00 | A185604 | 221.00 | 42,927.25 |
| 12/11/2007 | A185614 | 142.50 | | 142.50 | A185614 | 142.50 | 43,069.75 |
| 12/11/2007 | A185721 | 68.00 | | 68.00 | A185721 | 68.00 | 43,137.75 |
| 12/11/2007 | A185724 | 160.00 | | 160.00 | A185724 | 160.00 | 43,297.75 |
| 12/11/2007 | A185730 | 189.00 | | 189.00 | A185730 | 189.00 | 43,486.75 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
\* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (   ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄──── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 7

| TRANS'N DATE | INVOICE NO.  AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/11/2007 | A185816 | 55.00 | | 55.00 | A185816 | 55.00 | 43,541.75 |
| 12/12/2007 | A186888 | 112.00 | | 112.00 | A186888 | 112.00 | 43,653.75 |
| 12/12/2007 | A186889 | 505.00 | | 505.00 | A186889 | 505.00 | 44,158.75 |
| 12/12/2007 | A186905 | 125.00 | | 125.00 | A186905 | 125.00 | 44,283.75 |
| 12/12/2007 | A186908 | 82.00 | | 82.00 | A186908 | 82.00 | 44,365.75 |
| 12/13/2007 | A187980 | 324.75 | | 324.75 | A187980 | 324.75 | 44,690.50 |
| 12/13/2007 | A187988 | 273.00 | | 273.00 | A187988 | 273.00 | 44,963.50 |
| 12/13/2007 | A188181 | 83.00 | | 83.00 | A188181 | 83.00 | 45,046.50 |
| 12/13/2007 | A188193 | 331.00 | | 331.00 | A188193 | 331.00 | 45,377.50 |
| 12/13/2007 | A188259 | 54.00 | | 54.00 | A188259 | 54.00 | 45,431.50 |
| 12/14/2007 | A190426 | -130.00 | Ref:A1893-75 | -130.00 | A190426 | -130.00 | 45,301.50 |
| 12/14/2007 | A190432 | -40.50 | Ref:A1893-90 | -40.50 | A190432 | -40.50 | 45,261.00 |
| 12/14/2007 | A190449 | -17.75 | Ref:A1893-57 | -17.75 | A190449 | -17.75 | 45,243.25 |
| 12/14/2007 | A188266 | 2,164.00 | | 2,164.00 | A188266 | 2,164.00 | 47,407.25 |
| 12/14/2007 | A188274 | 427.00 | | 427.00 | A188274 | 427.00 | 47,834.25 |
| 12/14/2007 | A188336 | 540.00 | | 540.00 | A188336 | 540.00 | 48,374.25 |
| 12/14/2007 | A188342 | 400.00 | | 400.00 | A188342 | 400.00 | 48,774.25 |
| 12/14/2007 | A189021 | 558.50 | | 558.50 | A189021 | 558.50 | 49,332.75 |
| 12/14/2007 | A189209 | 241.50 | | 241.50 | A189209 | 241.50 | 49,574.25 |
| 12/14/2007 | A189348 | 252.00 | | 252.00 | A189348 | 252.00 | 49,826.25 |
| 12/14/2007 | A189356 | 130.00 | | 130.00 | A189356 | 130.00 | 49,956.25 |
| 12/14/2007 | A189357 | 178.75 | | 178.75 | A189357 | 178.75 | 50,135.00 |
| 12/14/2007 | A189369 | 32.00 | | 32.00 | A189369 | 32.00 | 50,167.00 |
| 12/14/2007 | A189371 | 102.00 | | 102.00 | A189371 | 102.00 | 50,269.00 |
| 12/14/2007 | A189375 | 634.00 | | 634.00 | A189375 | 634.00 | 50,903.00 |
| 12/14/2007 | A189390 | 363.00 | | 363.00 | A189390 | 363.00 | 51,266.00 |
| 12/14/2007 | A189431 | 20.00 | | 20.00 | A189431 | 20.00 | 51,286.00 |
| 12/14/2007 | A189437 | 28.00 | | 28.00 | A189437 | 28.00 | 51,314.00 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (  ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL  60120

CUSTOMER NO. T100
STATEMENT DATE 07/05/2008

CUSTOMER NO. T100
STATEMENT DATE 07/05/2008
CUSTOMER NAME
TRI COUNTY $

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 8

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/14/2007 | A189609 | 27.00 | | 27.00 | A189609 | 27.00 | 51,341.00 |
| 12/17/2007 | A190921 | 317.00 | | 317.00 | A190921 | 317.00 | 51,658.00 |
| 12/17/2007 | A190922 | 238.50 | | 238.50 | A190922 | 238.50 | 51,896.50 |
| 12/18/2007 | A194254 | 162.00 | | 162.00 | A194254 | 162.00 | 52,058.50 |
| 12/18/2007 | A194270 | 70.00 | | 70.00 | A194270 | 70.00 | 52,128.50 |
| 12/18/2007 | A194271 | 32.00 | | 32.00 | A194271 | 32.00 | 52,160.50 |
| 12/18/2007 | A194275 | 35.00 | | 35.00 | A194275 | 35.00 | 52,195.50 |
| 12/18/2007 | A194310 | 183.00 | | 183.00 | A194310 | 183.00 | 52,378.50 |
| 12/19/2007 | A195461 | 222.00 | | 222.00 | A195461 | 222.00 | 52,600.50 |
| 12/19/2007 | A195462 | 510.00 | | 510.00 | A195462 | 510.00 | 53,110.50 |
| 12/19/2007 | A195463 | 112.00 | | 112.00 | A195463 | 112.00 | 53,222.50 |
| 12/19/2007 | A195465 | 756.00 | | 756.00 | A195465 | 756.00 | 53,978.50 |
| 12/19/2007 | A195498 | 144.00 | | 144.00 | A195498 | 144.00 | 54,122.50 |
| 12/20/2007 | A197035 | 94.50 | | 94.50 | A197035 | 94.50 | 54,217.00 |
| 12/20/2007 | A197039 | 154.00 | | 154.00 | A197039 | 154.00 | 54,371.00 |
| 12/20/2007 | A197072 | 150.50 | | 150.50 | A197072 | 150.50 | 54,521.50 |
| 12/20/2007 | A197304 | 439.00 | | 439.00 | A197304 | 439.00 | 54,960.50 |
| 12/21/2007 | A197302 | 2,320.00 | | 2,320.00 | A197302 | 2,320.00 | 57,280.50 |
| 12/21/2007 | A197384 | 790.00 | | 790.00 | A197384 | 790.00 | 58,070.50 |
| 12/21/2007 | A198112 | 706.00 | | 706.00 | A198112 | 706.00 | 58,776.50 |
| 12/21/2007 | A198182 | 155.00 | | 155.00 | A198182 | 155.00 | 58,931.50 |
| 12/21/2007 | A198448 | 195.50 | | 195.50 | A198448 | 195.50 | 59,127.00 |
| 12/21/2007 | A198449 | 734.00 | | 734.00 | A198449 | 734.00 | 59,861.00 |
| 12/21/2007 | A198452 | 112.00 | | 112.00 | A198452 | 112.00 | 59,973.00 |
| 12/21/2007 | A198469 | 263.00 | | 263.00 | A198469 | 263.00 | 60,236.00 |
| 12/21/2007 | A198613 | 32.00 | | 32.00 | A198613 | 32.00 | 60,268.00 |
| 12/21/2007 | A198723 | 75.00 | | 75.00 | A198723 | 75.00 | 60,343.00 |
| 12/24/2007 | A200104 | 189.00 | | 189.00 | A200104 | 189.00 | 60,532.00 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days. In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

REMITTANCE ADVICE

## Anthony Marano Company

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

PLEASE CHECK (  ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄——— TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

AMOUNT PAID

Page 9

| TRANS'N DATE | INVOICE NO. AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/26/2007 | A203706 | 147.00 | | 147.00 | A203706 | 147.00 | 60,679.00 |
| 12/26/2007 | A203712 | 400.00 | | 400.00 | A203712 | 400.00 | 61,079.00 |
| 12/26/2007 | A203714 | 172.00 | | 172.00 | A203714 | 172.00 | 61,251.00 |
| 12/26/2007 | A203715 | 236.00 | | 236.00 | A203715 | 236.00 | 61,487.00 |
| 12/26/2007 | A203724 | 94.50 | | 94.50 | A203724 | 94.50 | 61,581.50 |
| 12/27/2007 | A204825 | 70.00 | | 70.00 | A204825 | 70.00 | 61,651.50 |
| 12/27/2007 | A204828 | 92.00 | | 92.00 | A204828 | 92.00 | 61,743.50 |
| 12/27/2007 | A204829 | 75.00 | | 75.00 | A204829 | 75.00 | 61,818.50 |
| 12/27/2007 | A204830 | 604.50 | | 604.50 | A204830 | 604.50 | 62,423.00 |
| 12/27/2007 | A204844 | 71.00 | | 71.00 | A204844 | 71.00 | 62,494.00 |
| 12/27/2007 | A204978 | 15.00 | | 15.00 | A204978 | 15.00 | 62,509.00 |
| 12/27/2007 | A205025 | 44.00 | | 44.00 | A205025 | 44.00 | 62,553.00 |
| 12/28/2007 | A207398 | -52.00 | Ref:A206279 | -52.00 | A207398 | -52.00 | 62,501.00 |
| 12/28/2007 | A204982 | 389.00 | | 389.00 | A204982 | 389.00 | 62,890.00 |
| 12/28/2007 | A205012 | 590.00 | | 590.00 | A205012 | 590.00 | 63,480.00 |
| 12/28/2007 | A205095 | 1,668.00 | | 1,668.00 | A205095 | 1,668.00 | 65,148.00 |
| 12/28/2007 | A205981 | 150.00 | | 150.00 | A205981 | 150.00 | 65,298.00 |
| 12/28/2007 | A206106 | 350.00 | | 350.00 | A206106 | 350.00 | 65,648.00 |
| 12/28/2007 | A206193 | 515.00 | | 515.00 | A206193 | 515.00 | 66,163.00 |
| 12/28/2007 | A206241 | 112.00 | | 112.00 | A206241 | 112.00 | 66,275.00 |
| 12/28/2007 | A206245 | 96.00 | | 96.00 | A206245 | 96.00 | 66,371.00 |
| 12/28/2007 | A206272 | 378.50 | | 378.50 | A206272 | 378.50 | 66,749.50 |
| 12/28/2007 | A206278 | 20.00 | | 20.00 | A206278 | 20.00 | 66,769.50 |
| 12/28/2007 | A206279 | 286.00 | | 286.00 | A206279 | 286.00 | 67,055.50 |
| 01/08/2008 | A220041 | 75.00 | | 75.00 | A220041 | 75.00 | 67,130.50 |
| 01/08/2008 | A220043 | 195.00 | | 195.00 | A220043 | 195.00 | 67,325.50 |
| 01/08/2008 | A220045 | 84.00 | | 84.00 | A220045 | 84.00 | 67,409.50 |
| 01/08/2008 | A220049 | 149.50 | | 149.50 | A220049 | 149.50 | 67,559.00 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (  ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄——— TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL  60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

AMOUNT PAID ▶

Page 10

| TRANS'N DATE | INVOICE NO.  AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/08/2008 | A220054 | 98.00 | | 98.00 | A220054 | 98.00 | 67,657.00 |
| 01/08/2008 | A220174 | 71.50 | | 71.50 | A220174 | 71.50 | 67,728.50 |
| 01/09/2008 | A221267 | 285.00 | | 285.00 | A221267 | 285.00 | 68,013.50 |
| 01/09/2008 | A221268 | 230.00 | | 230.00 | A221268 | 230.00 | 68,243.50 |
| 01/09/2008 | A221275 | 112.00 | | 112.00 | A221275 | 112.00 | 68,355.50 |
| 01/09/2008 | A221281 | 114.00 | | 114.00 | A221281 | 114.00 | 68,469.50 |
| 01/09/2008 | A221337 | 178.50 | | 178.50 | A221337 | 178.50 | 68,648.00 |
| 01/09/2008 | A221341 | 191.00 | | 191.00 | A221341 | 191.00 | 68,839.00 |
| 01/10/2008 | A222661 | 367.50 | | 367.50 | A222661 | 367.50 | 69,206.50 |
| 01/10/2008 | A222667 | 191.00 | | 191.00 | A222667 | 191.00 | 69,397.50 |
| 01/10/2008 | A222679 | 112.00 | | 112.00 | A222679 | 112.00 | 69,509.50 |
| 01/10/2008 | A222683 | 22.00 | | 22.00 | A222683 | 22.00 | 69,531.50 |
| 01/10/2008 | A222727 | 40.00 | | 40.00 | A222727 | 40.00 | 69,571.50 |
| 01/10/2008 | A222739 | 30.00 | | 30.00 | A222739 | 30.00 | 69,601.50 |
| 01/10/2008 | A222897 | 111.00 | | 111.00 | A222897 | 111.00 | 69,712.50 |
| 01/11/2008 | A222858 | 1,378.50 | | 1,378.50 | A222858 | 1,378.50 | 71,091.00 |
| 01/11/2008 | A222925 | 319.00 | | 319.00 | A222925 | 319.00 | 71,410.00 |
| 01/11/2008 | A223906 | 668.50 | | 668.50 | A223906 | 668.50 | 72,078.50 |
| 01/11/2008 | A223991 | 186.00 | | 186.00 | A223991 | 186.00 | 72,264.50 |
| 01/11/2008 | A224064 | 900.00 | | 900.00 | A224064 | 900.00 | 73,164.50 |
| 01/11/2008 | A224132 | 86.00 | | 86.00 | A224132 | 86.00 | 73,250.50 |
| 01/11/2008 | A224135 | 402.50 | | 402.50 | A224135 | 402.50 | 73,653.00 |
| 01/11/2008 | A224140 | 32.50 | | 32.50 | A224140 | 32.50 | 73,685.50 |
| 01/11/2008 | A224150 | 112.00 | | 112.00 | A224150 | 112.00 | 73,797.50 |
| 01/11/2008 | A224156 | 143.50 | | 143.50 | A224156 | 143.50 | 73,941.00 |
| 01/11/2008 | A224165 | 150.00 | | 150.00 | A224165 | 150.00 | 74,091.00 |
| 01/11/2008 | A224239 | 168.00 | | 168.00 | A224239 | 168.00 | 74,259.00 |
| 01/15/2008 | A229047 | 155.00 | | 155.00 | A229047 | 155.00 | 74,414.00 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.

# STATEMENT



## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (   ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄——— TEAR AT PERFORATION

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

Page 11

| TRANS'N DATE | INVOICE NO. | AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/15/2008 | A229055 | | 70.00 | | 70.00 | A229055 | 70.00 | 74,484.00 |
| 01/15/2008 | A229071 | | 146.00 | | 146.00 | A229071 | 146.00 | 74,630.00 |
| 01/15/2008 | A229131 | | 280.00 | | 280.00 | A229131 | 280.00 | 74,910.00 |
| 01/15/2008 | A229132 | | 47.50 | | 47.50 | A229132 | 47.50 | 74,957.50 |
| 01/15/2008 | A229326 | | 130.00 | | 130.00 | A229326 | 130.00 | 75,087.50 |
| 01/16/2008 | A230182 | | 511.00 | | 511.00 | A230182 | 511.00 | 75,598.50 |
| 01/16/2008 | A230200 | | 270.00 | | 270.00 | A230200 | 270.00 | 75,868.50 |
| 01/16/2008 | A230208 | | 195.00 | | 195.00 | A230208 | 195.00 | 76,063.50 |
| 01/16/2008 | A230265 | | 22.00 | | 22.00 | A230265 | 22.00 | 76,085.50 |
| 01/16/2008 | A230363 | | 142.00 | | 142.00 | A230363 | 142.00 | 76,227.50 |
| 01/17/2008 | A231712 | | 350.00 | | 350.00 | A231712 | 350.00 | 76,577.50 |
| 01/17/2008 | A231713 | | 243.50 | | 243.50 | A231713 | 243.50 | 76,821.00 |
| 01/17/2008 | A231715 | | 183.50 | | 183.50 | A231715 | 183.50 | 77,004.50 |
| 01/18/2008 | A231714 | | 136.00 | | 136.00 | A231714 | 136.00 | 77,140.50 |
| 01/18/2008 | A231874 | | 266.00 | | 266.00 | A231874 | 266.00 | 77,406.50 |
| 01/18/2008 | A231891 | | 1,349.00 | | 1,349.00 | A231891 | 1,349.00 | 78,755.50 |
| 01/18/2008 | A232149 | | 798.00 | | 798.00 | A232149 | 798.00 | 79,553.50 |
| 01/18/2008 | A232846 | | 587.50 | | 587.50 | A232846 | 587.50 | 80,141.00 |
| 01/18/2008 | A233096 | | 403.50 | | 403.50 | A233096 | 403.50 | 80,544.50 |
| 01/18/2008 | A233120 | | 532.00 | | 532.00 | A233120 | 532.00 | 81,076.50 |
| 01/18/2008 | A233123 | | 112.00 | | 112.00 | A233123 | 112.00 | 81,188.50 |
| 01/18/2008 | A233141 | | 242.00 | | 242.00 | A233141 | 242.00 | 81,430.50 |
| 01/18/2008 | A233155 | | 182.00 | | 182.00 | A233155 | 182.00 | 81,612.50 |
| 01/18/2008 | A233312 | | 64.00 | | 64.00 | A233312 | 64.00 | 81,676.50 |
| 01/18/2008 | A233447 | | 98.00 | | 98.00 | A233447 | 98.00 | 81,774.50 |
| 01/22/2008 | A237820 | | 96.00 | | 96.00 | A237820 | 96.00 | 81,870.50 |
| 01/22/2008 | A237825 | | 280.00 | | 280.00 | A237825 | 280.00 | 82,150.50 |
| 01/22/2008 | A237830 | | 223.00 | | 223.00 | A237830 | 223.00 | 82,373.50 |

*Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.



# STATEMENT

## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK ( ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄──────── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL  60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

AMOUNT
PAID

Page 12

| TRANS'N DATE | INVOICE NO. | AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01/22/2008 | A237952 | | 204.00 | | 204.00 | A237952 | 204.00 | 82,577.50 |
| 01/22/2008 | A237979 | | 69.00 | | 69.00 | A237979 | 69.00 | 82,646.50 |
| 01/22/2008 | A238003 | | 31.00 | | 31.00 | A238003 | 31.00 | 82,677.50 |
| 01/23/2008 | A239077 | | 166.00 | | 166.00 | A239077 | 166.00 | 82,843.50 |
| 01/23/2008 | A239082 | | 77.00 | | 77.00 | A239082 | 77.00 | 82,920.50 |
| 01/23/2008 | A239086 | | 138.00 | | 138.00 | A239086 | 138.00 | 83,058.50 |
| 01/23/2008 | A239094 | | 180.00 | | 180.00 | A239094 | 180.00 | 83,238.50 |
| 01/23/2008 | A239108 | | 231.00 | | 231.00 | A239108 | 231.00 | 83,469.50 |
| 01/23/2008 | A239214 | | 238.00 | | 238.00 | A239214 | 238.00 | 83,707.50 |
| 01/24/2008 | A240415 | | 304.00 | | 304.00 | A240415 | 304.00 | 84,011.50 |
| 01/24/2008 | A240479 | | 195.00 | | 195.00 | A240479 | 195.00 | 84,206.50 |
| 01/24/2008 | A240615 | | 60.00 | | 60.00 | A240615 | 60.00 | 84,266.50 |
| 01/24/2008 | A240617 | | 75.00 | | 75.00 | A240617 | 75.00 | 84,341.50 |
| 01/24/2008 | A240625 | | 147.00 | | 147.00 | A240625 | 147.00 | 84,488.50 |
| 01/25/2008 | A243020 | | -15.00 | Ref:A240732 | -15.00 | A243020 | -15.00 | 84,473.50 |
| 01/25/2008 | A240659 | | 1,094.00 | | 1,094.00 | A240659 | 1,094.00 | 85,567.50 |
| 01/25/2008 | A240732 | | 471.00 | | 471.00 | A240732 | 471.00 | 86,038.50 |
| 01/25/2008 | A240875 | | 400.00 | | 400.00 | A240875 | 400.00 | 86,438.50 |
| 01/25/2008 | A240909 | | 510.00 | | 510.00 | A240909 | 510.00 | 86,948.50 |
| 01/25/2008 | A241425 | | 530.00 | | 530.00 | A241425 | 530.00 | 87,478.50 |
| 01/25/2008 | A241609 | | 155.00 | | 155.00 | A241609 | 155.00 | 87,633.50 |
| 01/25/2008 | A241697 | | 180.00 | | 180.00 | A241697 | 180.00 | 87,813.50 |
| 01/25/2008 | A241710 | | 262.50 | | 262.50 | A241710 | 262.50 | 88,076.00 |
| 01/25/2008 | A241714 | | 268.00 | | 268.00 | A241714 | 268.00 | 88,344.00 |
| 01/25/2008 | A241722 | | 528.00 | | 528.00 | A241722 | 528.00 | 88,872.00 |
| 01/25/2008 | A241724 | | 40.50 | | 40.50 | A241724 | 40.50 | 88,912.50 |
| 01/29/2008 | A246552 | | -40.50 | Ref:A241724 | -40.50 | A246552 | -40.50 | 88,872.00 |
| 01/29/2008 | A246461 | | 200.50 | | 200.50 | A246461 | 200.50 | 89,072.50 |

* Continued

**TERMS: NET 10 DAYS FOLLOWING DATE OF PURCHASES**
* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all Court costs and reasonable attorneys' fees incurred thereby.

# STATEMENT



## ANTHONY MARANO COMPANY

3000 South Ashland Avenue • Suite 100 • Chicago, Illinois 60608-5348
Phone (773) 321-7500 • Fax (773) 321-7578

REMITTANCE ADVICE

PLEASE CHECK (   ) INVOICES BEING PAID
AND RETURN THIS PORTION WITH YOUR
REMITTANCE

◄────── TEAR AT PERFORATION

DAVID MARANO
TRI COUNTY $
408 BROOK STREET
ELGIN, IL   60120

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

| CUSTOMER NO. | STATEMENT DATE |
|---|---|
| T100 | 07/05/2008 |

CUSTOMER NAME

TRI COUNTY $

AMOUNT PAID

"The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by Section 5(c) of the Perishable
Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of
these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and
any receivables or proceeds from the sale of these commodities until full
payment is received."

Page 13

| TRANS'N DATE | INVOICE NO.   AGE | CHARGES AMOUNT | PAYMENT AMOUNT | BALANCE AMOUNT | INVOICE NO. ✓ | INVOICE AMOUNT | BALANCE AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/29/2008 | A246468 | 128.00 | | 128.00 | A246468 | 128.00 | 89,200.50 |
| 01/29/2008 | A246470 | 180.00 | | 180.00 | A246470 | 180.00 | 89,380.50 |
| 01/29/2008 | A246475 | 68.00 | | 68.00 | A246475 | 68.00 | 89,448.50 |
| 01/29/2008 | A246532 | 36.50 | | 36.50 | A246532 | 36.50 | 89,485.00 |
| 01/30/2008 | A247572 | 140.00 | | 140.00 | A247572 | 140.00 | 89,625.00 |
| 01/30/2008 | A247577 | 128.00 | | 128.00 | A247577 | 128.00 | 89,753.00 |
| 01/30/2008 | A247618 | 195.00 | | 195.00 | A247618 | 195.00 | 89,948.00 |
| 01/30/2008 | A247621 | 96.00 | | 96.00 | A247621 | 96.00 | 90,044.00 |
| 01/30/2008 | A247622 | 324.00 | | 324.00 | A247622 | 324.00 | 90,368.00 |
| 01/31/2008 | A248821 | 130.00 | | 130.00 | A248821 | 130.00 | 90,498.00 |
| 01/31/2008 | A248823 | 59.00 | | 59.00 | A248823 | 59.00 | 90,557.00 |
| 01/31/2008 | A248830 | 64.00 | | 64.00 | A248830 | 64.00 | 90,621.00 |
| 01/31/2008 | A248831 | 44.00 | | 44.00 | A248831 | 44.00 | 90,665.00 |
| 01/31/2008 | A248832 | 164.50 | | 164.50 | A248832 | 164.50 | 90,829.50 |
| 06/11/2008 | A427103 | -630.00 | Ref:A419018 | -630.00 | A427103 | -630.00 | 90,199.50 |
| 06/11/2008 | A427104 | -315.00 | Ref:A417231 | -315.00 | A427104 | -315.00 | 89,884.50 |
| 06/11/2008 | A427105 | -46.00 | Ref:A415024 | -46.00 | A427105 | -46.00 | 89,838.50 |
| 06/11/2008 | A427107 | -565.00 | Ref:A419018 | -565.00 | A427107 | -565.00 | 89,273.50 |
| 06/11/2008 | A427108 | -147.00 | Ref:A408675 | -147.00 | A427108 | -147.00 | 89,126.50 |

Final Balance          89,126.50

* A finance charge of 1 - 1/2% per month (annual fee 18%) will be charged on past due balances over 30 days.  In the event
legal action is commenced to collect the balance due under this invoice, the prevailing party shall be entitled to recover all
Court costs and reasonable attorneys' fees incurred thereby.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UPTOWN PRODUCE CONNECTION, INC.,**<br>**Plaintiff,** | |
| **ANTHONY MARANO COMPANY,**<br>**Intervening Plaintiff,** | **Civil Action No. 08-C-3660**<br>**Judge Norgle**<br>**Magistrate Judge Nolan** |
| **v.** | |
| **TRI-COUNTY PRODUCE, INC.,**<br>**ANGELO MARANO, DAVID MARANO,**<br>**and PATRICIA MARANO,**<br>**Defendants.** | |

<u>**AFFIDAVIT OF ANTON MARANO IN SUPPORT OF PACA TRUST CLAIM**</u>

I, ANTON MARANO, declare and state as follows:

1.  I am the President of Plaintiff, ANTHONY MARANO COMPANY (hereinafter "AMC") , and, in such position I am authorized to make and furnish this Affidavit and am competent to testify at trial to the matters set forth in this Affidavit.

2.  AMC seeks to expand the temporary restraining order previously entered against TRI-COUNTY PRODUCE, INC., an Illinois corporation, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, and seeks to increase the amount required to be deposited with the Court to include the interest of AMC in the statutory trust created under the Perishable Agricultural Commodities Act, 1930, 7.U.S.C. Sections 499a-499t, as amended ("PACA").  All of the PACA trust assets are in the custody and control of the Defendants.

3.  I am personally familiar with all matters which are the subject of this proceeding and the facts set forth in this affidavit are within my personal knowledge.  If called upon as a witness,

1

I would and could competently testify to all facts stated in this affidavit.

4. AMC is a business located in Chicago, Illinois, which sells wholesale quantities of perishable agricultural commodities (hereafter "Produce"). AMC is a Produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C.§499 *et. seq.* (hereafter "PACA").

5. a. TRI-COUNTY PRODUCE, INC., an Illinois corporation, was a Produce dealer as defined by 7 U.S.C.§499a and operated subject to the PACA.

b. Upon information and belief, ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO were the directors, officers, shareholders and/or principals of TRI-COUNTY PRODUCE, INC., and were responsible for the day to day operations of the corporation during the time in question.

6. The sales and accounts receivable records of AMC, including, but not limited to, invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

7. My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including Defendants' account which is the subject of the present motion. I have custody and control of the sales and accounts receivable records of AMC as they relate to Defendants and I am thoroughly familiar with the manner in which those records are compiled.

2

8.  Between October 30, 2007 and June 11, 2008, AMC sold and delivered to Defendants, in interstate commerce, various wholesale lots of produce worth $89,126.50 (a copy of a detailed statement listing the outstanding invoices is attached to the Complaint as Exhibit 1).

9.  Defendants accepted the produce received from AMC.

10.  AMC preserved its interest in the PACA trust in the amount of $89,126.50 by timely delivering invoices to Defendants, which contained the language required under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c).

11.  Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $89,126.50 to AMC.

12.  Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated.  As a result, AMC will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

13.  Plaintiff operated its business under a valid PACA license issued by the United States Department of Agriculture, Agricultural Marketing Service, PACA Branch, Fruit & Vegetable Division.

14.  AMC sold to Defendants Produce as described in the Statement, true copies of which are attached to the Complaint as Exhibit 1, for the sum of $89,126.50 which remains unpaid.

15.  The Produce sold to Defendants consisted of fresh fruits or vegetables, each of which are the type of Produce commonly shipped in interstate commerce and, accordingly, subject to the provisions of the PACA.

16. Defendants have not disputed by any written information that AMC is owed the sum of $89,126.50 and has failed to pay AMC, despite repeated demands for payment.

17. Defendants are obligated to hold all assets received from the sale of Produce in trust in order to pay AMC.

18. Defendants have failed to pay AMC's invoices, and it appears that, based upon Defendants' actions at this time, that it clearly does not have sufficient funds to satisfy AMC's PACA trust claim in full as required by the PACA.

19. That based upon Defendants' failure to pay AMC, it is feared that the trust has been dissipated and will continue to be dissipated and in further jeopardy, and that AMC will suffer irreparable harm, if the assets of the Defendants are not frozen immediately.

I do solemnly declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

ANTON MARANO

Sworn to before me this 11th day of July, 2008

NOTARY PUBLIC

Ordower & Ordower, P.C.
One North LaSalle Street
Suite 1300
Chicago, Illinois 60602

"OFFICIAL SEAL"
Rocchina L. Falotico
Notary Public, State of Illinois
My Commission Exp. 03/30/2009

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\AMCvTriCounty\AffidavitAnton.071108.wpd

4