IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UPTOWN PRODUCE CONNECTION, INC.,** <br> **Plaintiff,** <br><br> **ANTHONY MARANO COMPANY,** <br> **Intervening Plaintiff,** <br><br> **v.** <br><br> **TRI-COUNTY PRODUCE, INC., ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO,** <br> **Defendants.** | **Civil Action No. 08-C-3660** <br> **Judge Norgle** <br> **Magistrate Judge Nolan** |

### NOTICE OF MOTION

To:   Michael John Keaton via CM/ECF
      Jason Ryan Klinowski via CM/ECF
      Mary Jean Fasset via CM/ECF
      Tri-County Produce, Inc. via facsimile to 847-742-9975
      Patricia Marano via facsimile to 847-742-9975
      Angelo Marano via facsimile to 847-742-9975
      David Marano via facsimile to 847-742-9975

   PLEASE TAKE NOTICE that on the 18th day of July 2008 at the hour of 10:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Norgle, or any judge presiding, in Room 2341 at the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the accompanying Motion to Intervene Pursuant to Federal Rule 24.

                                             /s/ Michael T. Stanley

                                             Michael T. Stanley
                                             ORDOWER & ORDOWER, P.C.
                                             One North LaSalle Street, Suite 1300
                                             Chicago, Illinois 60602
                                             (312) 263-5122

C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\NoticeMoIntervene071108.wpd