IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UPTOWN PRODUCE CONNECTION, INC.,**<br>**Plaintiff,**<br><br>**ANTHONY MARANO COMPANY,**<br>**Intervening Plaintiff,**<br><br>**v.**<br><br>**TRI-COUNTY PRODUCE, INC., ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO,**<br>**Defendants.** | Civil Action No. 08-C-3660<br>Judge Norgle<br>Magistrate Judge Nolan |

CERTIFICATE OF SERVICE

    I, MICHAEL T. STANLEY the attorney, certify that I caused to be served Motion to Intervene Pursuant to Federal Rule 24 and Notice of Motion upon

To:    Michael John Keaton via CM/ECF
        Jason Ryan Klinowski via CM/ECF
        Mary Jean Fasset via CM/ECF
        Tri-County Produce, Inc. via facsimile to 847-742-9975
        Patricia Marano via facsimile to 847-742-9975
        Angelo Marano via facsimile to 847-742-9975
        David Marano via facsimile to 847-742-9975

by in the manner indicated on July 14, 2008 prior to 5:00 p.m.

                                                        /s/ Michael T. Stanley
                                                        _____

                                                        Michael T. Stanley

Lawrence B. Ordower
Michael T. Stanley
Ordower & Ordower, P.C.
One N. LaSalle Street, Ste. 1300
Chicago, IL 60602; (312) 263-5122
C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\MoInterveneCertService071108.wpd