## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UPTOWN PRODUCE CONNECTION, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | |
| MARANO; DAVID MARANO; and PATRICIA | ) | Case No. 08-cv-3660 |
| MARANO, | ) | Judge Norgle |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |
| | ) | |

-----------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| STRUBE CELERY & VEGETABLE CO., | ) | |
| MICHAEL J. NAVILIO & SON, INC., | ) | |
| COOSEMANS CHICAGO, INC. | ) | |
| | ) | Hearing: |
| Intervening Plaintiffs, | ) | Date: July 18, 2008 |
| v. | ) | Time: 10:30 am |
| | ) | Judge: Hon. Charles Norgle |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | |
| MARANO, DAVID MARANO, and PATRICIA | ) | |
| MARANO, | | |

Defendants.

## UNOPPOSED MOTION OF STRUBE CELERY & VEGETABLE CO., MICHAEL J. NAVILIO & SON, INC. AND COOSEMANS CHICAGO, INC.  FOR LEAVE TO INTERVENE AS PLAINTIFFS PURSUANT TO RULE 24

COME NOW Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc. and

Coosemans Chicago, Inc. ("Movants"), by and through undersigned counsel, and respectfully

move for leave to intervene as Plaintiffs in this action, pursuant to Rule 24 of the Federal Rules

of Civil Procedure, in order to insure a fair and proper hearing for the claims for relief asserted in

their Complaint in Intervention which is attached and incorporated by reference as Exhibit 1. In support thereof, Movants respectfully represent:

1. Plaintiff, Uptown Produce Connection, Inc. (the "Plaintiff"), brought this suit against defendants, Tri-County Produce, Inc. ("the Company"), Angelo Marano, David Marano, and Patricia Marano (collectively, the "Defendants") under the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. 499a-499t ("PACA").

2. As set forth in the Complaint in Intervention filed herewith, Movants also have claims for relief against Defendants, which arose under or are based upon PACA. Pursuant thereto, Movants also asserts rights in the assets which are, or will be, the subject of any orders entered in this Cause pursuant to 7 U.S.C. 499e(c)(4) (the "PACA Trust").

3. This Court has jurisdiction over this action under Section 5(c)(4) of PACA, 7 U.S.C. 499e(c)(4) thereby creating a federal question under 28 U.S.C. 1331. The Court has supplemental jurisdiction over Movants' claims pursuant to 28 U.S.C. 1367(a).

4. Movants claim an interest relating to the property and the transactions that are the subject of the action, and Movants are so situated that the disposition of the action may, as a practical matter, impair or impede Movants' abilities to protect that interest.

5. In the alternative, the trust claims of Movants and Plaintiff have common questions of law and fact, and the Court should permit Movants to intervene in this action, in the exercise of the Court's discretion.

6. The intervention and joinder sought will not deprive the Court of jurisdiction over the subject matter nor over the parties and is in the best interest of justice and judicial economy.

7. Plaintiff does not oppose the relief sought by Movants.

WHEREFORE, Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc. and Coosemans Chicago, Inc., pray this Honorable Court grant them leave to file their Complaint in Intervention instanter.

Dated this 14th day of July, 2008.

McCARRON & DIESS                          LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                   By: s/ William B. Kohn
  Mary Jean Fassett, ID#9078552              William B. Kohn, ARDC #6196142
  4900 Massachusetts Ave., N.W.              150 N. Wacker Drive
  Suite 310                                  Suite 1400
  Washington, DC 20016                       Chicago, Illinois 60606
  (202) 364-0400                             (312) 553-1200
  mjf@mccarronlaw.com                        kohn@wbkohnlaw.com

                                             Attorneys for Movants
                                             Strube Celery & Vegetable Co.
                                             Michael J. Navilio & Son, Inc.
                                             Coosemans Chicago, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Unopposed Motion of Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc. and Coosemans Chicago, Inc. for Leave to Intervene as Plaintiffs Pursuant to Rule 24, Memorandum in Support, and all Exhibits thereto were served via the Court's ECF system this 14th day of July, 2008, to all counsel of record, and via facsimile and overnight delivery to the following:

Tri-County Produce, Inc.
Attn: Richard C. Imming, Esq., Registered Agent
408 Brook Street
Elgin, IL 60120-3602
(Facsimile 847-742-9975)

Patricia Marano
408 Brook Street
Elgin, IL 60120-3602

Angelo Marano
408 Brook Street
Elgin, IL 60120-3602

David Marano
408 Brook Street
Elgin, IL 60120-3602


s/ Mary Jean Fassett
Mary Jean Fassett

**EXHIBIT   1**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UPTOWN PRODUCE CONNECTION, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | |
| MARANO; DAVID MARANO; and PATRICIA | ) | Case No. 08-cv-3660 |
| MARANO, | ) | Judge Norgle |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |
| | ) | |

-------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| STRUBE CELERY & VEGETABLE CO., | ) | |
| MICHAEL J. NAVILIO & SON, INC., | ) | |
| COOSEMANS CHICAGO, INC. | ) | |
| | ) | Hearing: |
| Intervening Plaintiffs, | ) | Date: July 18, 2008 |
| | ) | Time: 10:30 am |
| v. | ) | Judge: Hon. Charles Norgle |
| | ) | |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | |
| MARANO, DAVID MARANO, and PATRICIA | ) | |
| MARANO, | ) | |

Defendants.

## COMPLAINT IN INTERVENTION
### (To Enforce Payment From Produce Trust)

Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans Chicago, Inc. ("Intervenors"), for their complaint in intervention against defendants, Tri-County Produce, Inc., Angelo Marano, David Marano, and Patricia Marano, allege as follows:

JURISDICTION AND VENUE

1.     Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201.

2.     Venue in this District is based on 28 U.S.C. §1391 in that (a) intervening plaintiff's claim arose in this district and (b) defendants reside in this district.

PARTIES

3.     a.     Intervening plaintiff, Strube Celery & Vegetable Co. ("Strube"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

       b.     Intervening plaintiff, Michael J. Navilio & Son, Inc. ("Navilio"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

       c.     Intervening plaintiff, Coosemans Chicago, Inc. ("Coosemans"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.     a.     Defendant, Tri-County Produce, Inc. ("Tri-County"), a corporation with a principal place of business in Elgin, Illinois, is engaged in the business of buying

2

wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

        b.      Defendant, Angelo Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs.

        c.      Defendant, David Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs.

        d.      Defendant, Patricia Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs.  (Tri-County, Angelo Marano, David Marano, and Patricia Marano are hereinafter collectively referred to as "Tri-County Defendants").

<u>GENERAL ALLEGATIONS</u>

5.      This action is brought to obtain declaratory relief and to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. §499e(c).

6.      Between May 20, 2008, and June 26, 2008, intervening plaintiff Strube sold and delivered to the Tri-County defendants, in interstate commerce, $10,642.00 worth of wholesale quantities of produce which remains unpaid.

7.      Between May 13, 2008, and June 26, 2008, intervening plaintiff Navilio sold and delivered to the Tri-County defendants, in interstate commerce, $9,119.50 worth of

3

wholesale quantities of produce which remains unpaid.

8.    Between June 4, 2008 and June 26, 2008, intervening plaintiff Coosemans sold and delivered to Tri-County defendants, in interstate commerce, $2,986.00 worth of wholesale quantities of produce which remains unpaid.

9.    The Tri-County defendants accepted the produce from intervening plaintiffs.

10.    At the time of receipt of the produce, intervening plaintiffs became beneficiaries in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

11.    Intervening Plaintiffs Strube and Navilio preserved their interests in the PACA trust by sending invoices to the Tri-County defendants which contained the language required by 7 U.S.C. § 499e(c)(4) and remain beneficiaries until full payment is made for the produce.  A sampling of invoices from Strube and Navilio to Tri-County defendants are attached hereto as Exhibits A and B.  All of the invoices from Strube and Navilio to Tri-County defendants contain the requisite statutory language.

12.    Intervening Plaintiff Coosemans preserved its interest in the PACA trust by sending a written notice of intent to preserve trust benefits to the Tri-County defendants pursuant to 7 U.S.C. § 499e(c)(3) and remains a beneficiary until full payment is made for the produce.  A copy of the notice of intent to preserve trust benefits is attached hereto as Exhibit C.  A sampling of invoices from Coosemans to Tri-County defendants is attached hereto as Exhibit D.

13.    Despite demand for payment, the Tri-County defendants have failed and refuse to pay intervening plaintiffs for the wholesale quantities of produce supplied by intervening plaintiffs, and have advised intervening plaintiffs they are unable to do so at this time. Upon information and belief, Tri-County has ceased operations.

14.    The Tri-County defendants' failure and inability to pay, as well as the cessation of operations without paying intervening plaintiffs, indicate that they are failing to maintain sufficient assets in the statutory trust to pay intervening plaintiffs and are dissipating trust assets.

Count 1

(Failure to Pay Trust Funds)

15.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1 to 14 above as if fully set forth herein.

16.    The failure of the Tri-County defendants to make payment to intervening plaintiffs of trust funds in the collective amount of $22,747.50 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, intervening plaintiffs requests an order enforcing payment from the trust by requiring immediate payment of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

Count 2

(Failure to Pay For Goods Sold)

17.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1 to 16 above as if fully set forth herein.

5

18. The Tri-County Defendants failed and refused to pay intervening plaintiffs $22,747.50 owed to intervening plaintiffs for produce received by them from intervening plaintiffs.

WHEREFORE, intervening plaintiffs request judgment in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans against the Tri-County defendants, jointly and severally, and for such other and further relief as the Court deems appropriate.

Count 3

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Angelo Marano)

19. Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 18 above as if fully set forth herein.

20. Defendant, Angelo Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

21. Defendant, Angelo Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

22. Defendant, Angelo Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

23. As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

6

WHEREFORE, intervening plaintiffs requests judgment against defendant, Angelo Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

### Count 4
(Unlawful Dissipation of Trust Assets by
a Corporate Official – David Marano)

24.     Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 23 above as if fully set forth herein.

25.     Defendant, David Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

26.     Defendant, David Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

27.     Defendant, David Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

28.     As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

WHEREFORE, intervening plaintiffs requests judgment against defendant, David Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

7

<u>Count 5</u>
(Unlawful Dissipation of Trust Assets by
a Corporate Official – Patricia Marano)

29.    Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 28 above as if fully set forth herein.

30.    Defendant, Patricia Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

31.    Defendant, Patricia Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

32.    Defendant, Patricia Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

33.    As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

WHEREFORE, intervening plaintiffs requests judgment against defendant, Patricia Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

<u>Count 6</u>

(Interest and Attorneys Fees)

34.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1to 33 above as if fully set forth herein.

8

35.    As a result of defendants' failure to make full payment promptly of the collective amount of $22,747.50, intervening plaintiffs have lost the use of said funds and have been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

24.    PACA and the invoices of intervening plaintiffs entitle intervening plaintiffs to recover prejudgment interest at a rate of 1.5% per month and attorney's fees incurred to collect any balance due from defendants.

WHEREFORE, intervening plaintiffs requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this 14th day of July, 2008.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett_____          By: s/ William B. Kohn_____
    Mary Jean Fassett, ID#9078552              William B. Kohn, ARDC#6196142
    4900 Massachusetts Ave., N.W.              150 N. Wacker Drive
    Suite 310                                  Suite 1400
    Washington, DC 20016                       Chicago, Illinois 60606
    (202) 364-0400                             (312) 553-1200
    mjf@mccarronlaw.com                        kohn@wbkohnlaw.com
                                               Attorneys for Intervening Plaintiffs

**EXHIBIT    A**

**S T R U B E CELERY & VEGETABLE COMPANY**
**\*\* PRIMUS CERTIFIED \*\***

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax  312-226-7644

**INVOICE #:**  72332-10    JS

**DATE:**  29-MAY-2008    04:22 PM

**CUST. NO.:**  1036    PO#

**SOLD TO:**  TRI COUNTY PRODUCE INC.
408 BROOK ST.
ELGIN, IL 60120

**\*\* REPRINT \*\***

**INV #:**  72332-10
**BOOTH:**  12

**\*\* ASAP \*\***

**TERMS:**

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|-------|-------|-------------|
| 85989 | DJ 5 | SPINACH, CELLO 8/10OZ<br>3B DEJONG | 1 | 7.50 | $37.50 |
| 85976 | MORG 3 | LIME,230  40LB<br>3A LIME GUY | 1 | 9.00 | $27.00 |
| 85905 | AGRI 1 | CABBAGE,MED<br>2C CRYSTAL | 1 | 12.00 | $12.00 |
| 85990 | FOOD 2 | RADISH,CELLO 6OZ.<br>3B CASCASE | 1 | 9.00 | $18.00 |
| 85959 | ELIT 1 | WHT<br>MUSH, 16OZ.<br>4D ELITE | 1 | 14.50 | $14.50 |
| 85968 | D'AR 5 | LETTUCE,LEAF GREEN<br>3B ANDY BOY | 1 | 13.00 | $65.00 |
| 85968 | D'AR 10 | LETTUCE, ROMAINE<br>1A ANDY BOY | 1 | 14.00 | $140.00 |

Pkgs: 27    \*\* PALLETS OUT ____  PALLETS IN ____  \*\*    INVOICE TOTAL:    **$314.00**

**Office Copy**
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received". Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**EXHIBIT   B**

MICHAEL J. NAVILIC
2404 S. WOLCOTT
CHICAGO, IL

**MICHAEL J. NAVILIO & SON, INC.**
● TOMATOES, VEGETABLES AND FRUITS ●

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

05/14/08
176907
Tri-County

**Date:** 05/14/08  (03:44:10)  #1
**Invoice:** 176907
**Customer:** Tri-County
**Ship to:**

| | | | | |
|---|---|---|---|---|
| 2 | CS | Cucumbers, 24 count | | |
| FARMER'S BEST | | @ 8.00 = | 16.00 | |
| 1 | CS | Eggplant | | |
| WISHNATZKI | | @ 20.00 = | 20.00 | |
| 1 | CS | Yellow Peppers, Large | | |
| 11 # LARGE/LEYSON | | @ 28.00 = | 28.00 | |
| 3 | CS | Red Peppers, Choice | | |
| CEUTA XL | | @ 40.00 = | 120.00 | |
| 5 | CS | Avocados | | |
| 48'S ALEJANDRINA 5/13 | | @ 40.00 = | 200.00 | |
| 1 | CS | Squash, Yellow | | |
| BAY FANCY | | @ 18.00 = | 18.00 | |
| 2 | CS | Zucchini | | |
| SUNFED FANCY | | @ 11.00 = | 22.00 | |
| 4 | CS | Broccolini | | |
| 3/2# | | @ 22.00 = | 88.00 | |

| QUALITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | CS Cucumbers, 24 count FARMER'S BEST | 6001 : cj | |
| 1 | CS Eggplant WISHNATZKI | 5977 : cv | |
| 1 | CS Yellow Peppers, Large 11 # LARGE/LEYSON | 6026 : c | |
| 3 | CS Red Peppers, Choice CEUTA XL | 6018 : ce | |
| 5 | CS Avocados 48'S ALEJANDRINA 5/13 | 6022 : ce | |
| 1 | CS Squash, Yellow BAY FANCY | 5971 : ct | |
| 2 | CS Zucchini SUNFED FANCY | 6026 : cm | |
| 4 | CS Broccolini 3/2# | 5970 : cx | |

SEE RICH

Duplicat          Total =      512.00

By: Rich                         Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

MICHAEL J. NAVILIO & SON INC.
2404 S. WOLCOTT - UNIT 26
CHICAGO, IL 60608

05/15/08
177086
Tri-County

**MICHAEL J. NAVILIO & SON, INC.**
● TOMATOES, VEGETABLES AND FRUITS ●

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date:
Invoice: 05/15/08 (03:45:12) #1
Customer: 177086
Ship to: Tri-County

|      1   CS  Cucumbers, Super |        |
| FARMER'S BEST                 @  16.00 = | 16.00 |
|      2   CS  Squash, Yellow  |        |
| SONORA QUEEN FANCY            @  16.00 = | 32.00 |
|      2   CS  Zucchini        |        |
| SUNFED FANCY                  @  12.00 = | 24.00 |
|      5   CS  Avocados        |        |
| 48'S ALEJANDRINA (240)        @  40.00 = | 100.00 |

| QUALITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | CS Cucumbers, Super FARMER'S BEST | | |
| | | 6001 : cr | |
| 2 | CS Squash, Yellow SONORA QUEEN FANCY | | |
| | | 5975 : cr | |
| 2 | CS Zucchini SUNFED FANCY | | |
| | | 6026 : cn | |
| 5 | CS Avocados 48'S ALEJANDRINA (240) | SEE RICH | |
| | | 5979 : cè | |

**Duplicat**        **Total =   272.00**

By: Dean                      Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

**EXHIBIT   C**

## PERISHABLE AGRICULTURAL COMMODITIES ACT
## NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

DATE:                           10-Jul-08

DEBTOR'S NAME:                  Tri-Country Produce, Inc.

STREET ADDRESS:                 408 Brook Street
CITY, STATE, ZIP:               Elgin, Illinois 60120

CREDITOR'S NAME:                Coosemans Chicago, Inc.

STREET ADDRESS:                 2404 S. Wolcott, Unit # 13
CITY, STATE:                    Chicago, Illinois 60608

PAYMENT IN DAYS:                10

NUMBER OF SHIPMENTS:            16

COMMODITY:                      MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |
| 577870 | 6/12/2008 | 6/22/2008 | $ 21.00 | $ 21.00 |
| 577899 | 6/12/2008 | 6/22/2008 | $ 339.00 | $ 339.00 |
| 577926 | 6/12/2008 | 6/22/2008 | $ 7.50 | $ 7.50 |
| 578774 | 6/17/2008 | 6/27/2008 | $ 342.00 | $ 342.00 |
| 578969 | 6/18/2008 | 6/28/2008 | $ 355.50 | $ 355.50 |
| 579148 | 6/19/2008 | 6/29/2008 | $ 304.00 | $ 304.00 |
| 579380 | 6/20/2008 | 6/30/2008 | $ 121.00 | $ 121.00 |
| 579382 | 6/20/2008 | 6/30/2008 | $ 123.50 | $ 123.50 |
| 580092 | 6/25/2008 | 7/5/2008 | $ 214.00 | $ 214.00 |
| 580269 | 6/26/2008 | 7/6/2008 | $ 180.50 | $ 180.50 |

**TOTAL AMOUNT PAST DUE AND UNPAID:**                    $    2,986.00

TO:  Tri-County Produce, Inc, *(via fax 847-742-9975)*

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

                        TIME  : 07/10/2008 14:53
                        NAME  : MCCARRON AND DIESS
                        FAX   : 2023642731
                        TEL   : 2023640400
                        SER.# : BROL1J759673
```

```
┌─────────────────────────────────────────────────────────────────────┐
│   DATE,TIME                    07/10  14:52                            │
│   FAX NO./NAME                 18477429975                             │
│   DURATION                     00:00:45                               │
│   PAGE(S)                      01                                     │
│   RESULT                       OK                                     │
│   MODE                         STANDARD                              │
│                                ECM                                    │
└─────────────────────────────────────────────────────────────────────┘
```

# PERISHABLE AGRICULTURAL COMMODITIES ACT
## NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

DATE:                          10-Jul-08

DEBTOR'S NAME:                 Tri-Country Produce, Inc.

STREET ADDRESS:                408 Brook Street
CITY, STATE, ZIP:              Elgin, Illinois 60120

CREDITOR'S NAME:               Coosemans Chicago, Inc.

STREET ADDRESS:                2404 S. Wolcott, Unit # 13
CITY, STATE:                   Chicago, Illinois 60608

PAYMENT IN DAYS:               10

NUMBER OF SHIPMENTS:           16

COMMODITY:                     MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 07/10/2008 14:54
NAME  : MCCARRON AND DIESS
FAX   : 2023642731
TEL   : 2023640400
SER.# : BROL1J759673
```

| DATE,TIME | 07/10  14:54 |
|---|---|
| FAX NO./NAME | 13122266976 |
| DURATION | 00:00:23 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

## PERISHABLE AGRICULTURAL COMMODITIES ACT
## NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

DATE: 10-Jul-08

DEBTOR'S NAME: Tri-Country Produce, Inc.

STREET ADDRESS: 408 Brook Street
CITY, STATE, ZIP: Elgin, Illinois 60120

CREDITOR'S NAME: Coosemans Chicago, Inc.

STREET ADDRESS: 2404 S. Wolcott, Unit # 13
CITY, STATE: Chicago, Illinois 60608

PAYMENT IN DAYS: 10

NUMBER OF SHIPMENTS: 16

COMMODITY: MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |

**EXHIBIT D**

# COOSEMANS CHICAGO, INC.

2404 S. Wolcott, Unit #13 • Chicago, IL 60608
Tel: (312) 226-6972 • FAX: (312) 226-6976

INVOICE # 576591

Sold To: Tri County

Address: _____

Telephone: _____

| TERMS 10 DAYS NET | P.O. # | | ORDERED BY | | SOLD BY | PT | DATE 6-5-08 |
|---|---|---|---|---|---|---|---|

| QT. | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BELGIUM ENDIVE | | | | WATER CRESS | | | | RED PEPPER | | |
| | BABY FRISSEE | | | | HYDRO BIBB | | | | YELLOW PEPPER | | |
| | RADICCHIO | | | | HYDRO BOSTON | | | | ORANGE PEPPER | | |
| | MACHE | | | | CRISPER | | | | FINGERHOT | | |
| 15 | MESCULIN | 1000 | | | ARUGULA | | | | FIGS | | |
| | LOLLA ROSA | | | 7 | BASIL (H) | 500 | | | STAR FRUIT | | |
| | BABY RED OAK | | | | CHERVIL | | | | KUMQUAT | | |
| | BABY GREEN OAK | | | | CHIVES | | | | BLOOD ORANGES | | |
| | BABY MIX LETTUCE | | | | CILANTRO | | | | LEMON LEAVES | | |
| | BABY GREEN ROMAINE | | | | TARAGON | | | | PORTOBELLA | | |
| | BABY RED ROMAINE | | | | MARJORAM | | | 1 | CRIMINI | 1600 | |
| | GARDEN | | | 1 | MINT | 780 | | | OYSTER | | |
| | AMERICAN | | | | OREGANO | | | | ASHITAKE | | |
| | FX BABY SPINACH | | | | ROSEMARY | | | | B-SHITAKE | | |
| | CAESAR | | | | SAGE | | | | PORT CAP | | |
| | LITE CAESAR | | | | THYME | | | | SLICED PORT | | |
| | COLE SLAW | | | | MICRO GREEN | | | | BABY BELLA | | |
| | DOUBLE CARROT | | | | ORCHID | | | | | | |
| | SWEET BUTTER | | | | FRENCH BEAN | | | | | | |
| | FIELD GREEN | | | | BABY ZUKE | | | | | | |
| | ITALIAN | | | | BABY SUNBURST | | | | | | |
| | 5-LETTUCE BLEND | | | | BABY PATTY PAN | | | | | | |
| | RIVERIA | | | | BABY CARROT | | | | | | |
| | CAL CRISPER | | | | TURN CARROT | | | | | | |
| | ROMAINE HEART | | | | BABY TURNIP | | | | | | |
| | SHRED LETTUCE | | | | BABY BEET | | | | | | |
| | SPRING MIX | | | | BABY GOLD BEET | | | | | | |
| | VEGGIE LOVER | | | | BABY STRIPE BEET | | | | | | |
| | ASIAN | | | 4 | SEEDLESS CUKE | 1100 | | | | | |
| | BLT CAESAR | | | | BABY EGGPLANT | | | | | | |
| | SALSA | | | | BEEF TOMATO | | | | | | |
| | TRIPLE HEART | | | | VINE TOMATO | | | | | | |
| | LETTUCE TRIO | | | | GRAPE TOMATO | | | | | | |
| | PREMIUM ROMAINE | | | | DESERT GLORY | | | | | | |
| | 50/50 BLEND | | | | YELLOW TOMATO | | | | | | |
| | SWEET BABY | | | | YELLOW PEAR TOMATO | | | | | | |
| | VEG SPRING MIX | | | | RED PEAR TOMATO | | | | | | |
| | ALFALFA SPROUTS 2# | | | | YELLOW CHERRY TOMATO | | | | | | |
| | ALFALFA CUPS | | | | RED CHERRY TOMATO | | | | | | |
| | BEAN SPROUTS | | | | JUMBO GRASS | | | | | | |
| | S COL GARLIC | | | | LARGE GRASS | | | | | | |
| | ELEPHANT GARLIC | | | | STANDARD GRASS | | | | | | |
| | PEELED GARLIC | | | | SMALL GRASS | | | | | | |
| | DRY SHALLOTS | | | | WHITE GRASS | | | | | | |
| | PEELED SHALLOTS | | | | ANISE | | | | | | |
| | W-R-G PRL ONION | | | | TUSCAN KALE | | | | | | |
| | CIPOLLINI | | | | SHANG HAI | | | | | | |
| | BOILER | | | | ARTICHOKE | | | | | | |
| | FINGERLING | | | | ARTICHOKE | | | | | | |

Claims must be made within 24 hours after delivery. Past due accounts subject to interest charge of 1½% per month. Cost of any action taken to collect overdue accounts, including attorney's fees, or agent costs, shall be borne by purchaser.

TOTAL 212 00

| AIRLINES | FLT. # | AIRBILL # | CONTAINER # | AIRPORT OF DESTINATION |
|---|---|---|---|---|
| | | | | |

# COOSEMANS CHICAGO, INC.

2404 S. Wolcott, Unit #13 • Chicago, IL 60608
Tel: (312) 226-6972 • FAX: (312) 226-6976

INVOICE # 970331

Sold To: Tri County

Address: _____

Telephone: _____

| TERMS 10 DAYS NET | P.O. # | | ORDERED BY | | SOLD BY PT | | DATE 6-4-08 | |
|---|---|---|---|---|---|---|---|---|

| QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BELGIUM ENDIVE | | | | WATER CRESS | | | | RED PEPPER | | |
| | BABY FRISSEE | | | | HYDRO BIBB | | | | YELLOW PEPPER | | |
| | RADICCHIO | | | | HYDRO BOSTON | | | | ORANGE PEPPER | | |
| | MACHE | | | | CRISPER | | | | FINGERHOT | | |
| 12 | MESCLUN | 750 | | | ARUGULA | | | | FIGS | | |
| | LOLLA ROSA | | | | BASIL | | | | STAR FRUIT | | |
| | BABY RED OAK | | | | CHERVIL | | | | KUMQUAT | | |
| | BABY GREEN OAK | | | | CHIVES | | | | BLOOD ORANGES | | |
| | BABY MIX LETTUCE | | | | CILANTRO | | | | LEMON LEAVES | | |
| | BABY GREEN ROMAINE | | | | TARAGON | | | | PORTOBELLA | | |
| | BABY RED ROMAINE | | | | MARJORAM | | | | CRIMINI | | |
| | GARDEN | | | | MINT | | | | OYSTER | | |
| | AMERICAN | | | | OREGANO | | | | ASHITAKE | | |
| | FX BABY SPINACH | | | 1 | ROSEMARY | 750 | | | B-SHITAKE | | |
| | CAESAR | | | | SAGE | | | | PORT CAP | | |
| | LITE CAESAR | | | | THYME | | | | SLICED PORT | | |
| | COLE SLAW | | | | MICRO GREEN | | | | BABY BELLA | | |
| | DOUBLE CARROT | | | | ORCHID | | | | | | |
| | SWEET BUTTER | | | | FRENCH BEAN | | | | | | |
| | FIELD GREEN | | | | BABY ZUKE | | | | | | |
| | ITALIAN | | | | BABY SUNBURST | | | | | | |
| | 5-LETTUCE BLEND | | | | BABY PATTY PAN | | | | | | |
| | RIVERIA | | | | BABY CARROT | | | | | | |
| | CAL CRISPER | | | | TURN CARROT | | | | | | |
| | ROMAINE HEART | | | | BABY TURNIP | | | | | | |
| | SHRED LETTUCE | | | | BABY BEET | | | | | | |
| | SPRING MIX | | | | BABY GOLD BEET | | | | | | |
| | VEGGIE LOVER | | | | BABY STRIPE BEET | | | | | | |
| | ASIAN | | | 12 | SEEDLESS CUKE | 1400 | | | | | |
| | BLT CAESAR | | | | BABY EGGPLANT | | | | | | |
| | SALSA | | | | BEEF TOMATO | | | | | | |
| | TRIPLE HEART | | | | VINE TOMATO | | | | | | |
| | LETTUCE TRIO | | | | GRAPE TOMATO | | | | | | |
| | PREMIUM ROMAINE | | | | DESERT GLORY | | | | | | |
| | 50/50 BLEND | | | | YELLOW TOMATO | | | | | | |
| | SWEET BABY | | | | YELLOW PEAR TOMATO | | | | | | |
| | VEG SPRING MIX | | | | RED PEAR TOMATO | | | | | | |
| 2 | ALFALFA SPROUTS 2# | 600 | | | YELLOW CHERRY TOMATO | | | | | | |
| | ALFALFA CUPS | | | | RED CHERRY TOMATO | | | | | | |
| | BEAN SPROUTS | | | | JUMBO GRASS | | | | | | |
| | S COL GARLIC | | | | LARGE GRASS | | | | | | |
| | ELEPHANT GARLIC | | | | STANDARD GRASS | | | | | | |
| | PEELED GARLIC | | | | SMALL GRASS | | | | | | |
| | DRY SHALLOTS | | | | WHITE GRASS | | | | | | |
| | PEELED SHALLOTS | | | | ANISE | | | | | | |
| | W-R-G PRL ONION | | | | TUSCAN KALE | | | | | | |
| | CIPOLLINI | | | | SHANG HAI | | | | | | |
| | BOILER | | | | ARTICHOKE | | | | | | |
| | FINGERLING | | | | ARTICHOKE | | | | | | |

Claims must be made within 24 hours after delivery. Past due accounts subject to interest charge of 1½% per month. Cost of any action taken to collect overdue accounts, including attorney's fees, or agent costs, shall be borne by purchaser.

**TOTAL** 181.50

| AIRLINES | FLT. # | AIRBILL # | CONTAINER # | AIRPORT OF DESTINATION |
|---|---|---|---|---|
| | | | | |

OFFICE COPY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UPTOWN PRODUCE CONNECTION, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | Case No. 08-cv-3660 |
| MARANO; DAVID MARANO; and PATRICIA | ) | Judge Norgle |
| MARANO, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |
| | ) | |

-------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| STRUBE CELERY & VEGETABLE CO., | ) | |
| MICHAEL J. NAVILIO & SON, INC., | ) | |
| COOSEMANS CHICAGO, INC. | ) | |
| | ) | Hearing: |
| Intervening Plaintiffs, | ) | Date:  July 18, 2008 |
| v. | ) | Time:  10:30 am |
| | ) | Judge:  Hon. Charles Norgle |
| TRI-COUNTY PRODUCE, INC., ANGELO | ) | |
| MARANO, DAVID MARANO, and PATRICIA | ) | |
| MARANO, | | |

Defendants.

**ORDER GRANTING MOTION OF STRUBE CELERY & VEGETABLE CO.,**
**MICHAEL J. NAVILIO & SON, INC., AND COOSEMANS CHICAGO, INC. FOR**
**LEAVE TO INTERVENE AS PLAINTIFFS UNDER RULE 24**

Upon consideration the Motion of Strube Celery & Vegetable Co., Michael J. Navilio &

Son, Inc., and Coosemans Chicago, Inc. For Leave to Intervene as Plaintiffs Under Rule 24, it is

the opinion of the Court that the motion should be granted in order to protect the rights all

parties, including other potential qualified PACA trust beneficiaries.

It is ORDERED that Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and

Coosemans Chicago, Inc. are granted leave to intervene as Plaintiffs and file their Complaint in

Intervention instanter.

ENTERED this _____ day of _____ , 2008.


_____
UNITED STATES DISTRICT JUDGE