## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Uptown Produce Connection, Inc.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−03660
                                                Honorable Charles R. Norgle Sr.

Tri−County Produce, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion to intervene [22] is granted. Motion to intervene [28] is granted. Status hearing held on 7/15/2008. Response to motion for preliminary judgment is due on or before 7/29/2008. Reply to response is due on or before 8/5/2008. In Court hearing set for 8/19/2008 at 10:00 a.m. Temporary restraining order is extended to 8/19/2008. Status hearing is continued to 9/22/2008 at 10:00 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.