# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 7/15/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION, INC. vs. TRI-COUNTY PRODUCE, INC. , et al. | | |

**DOCKET ENTRY TEXT**

It is ORDERED that Strube Celery & Vegetable Co., Michael J. Navillo & Son, Inc. And Coosemans Chicago, Inc are granted leave to intervene as Plaintiffs and file their Complaint in Intervention instanter. It is further ORDERED that Anthony Marano Company is granted leave to intervene in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|