KJ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

# FILED

UPTOWN PRODUCE CONNECTION, INC. )
                            Plaintiff, )

        v. )

TRI-COUNTY PRODUCE, INC., ANGELO )
MARANO; DAVID MARANO; and PATRICIA )
MARANO, )

                        Defendants. )
)

**JUL 15 2008**
Jul 15 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Case No. 08-cv-3660
Judge Norgle
Magistrate Judge Nolan

-------------------------------------------------------

STRUBE CELERY & VEGETABLE CO., )
MICHAEL J. NAVILIO & SON, INC., )
COOSEMANS CHICAGO, INC. )
)

        Intervening Plaintiffs, )

        v. )

TRI-COUNTY PRODUCE, INC., ANGELO )
MARANO, DAVID MARANO, and PATRICIA )
MARANO, )

Hearing:
Date: July 18, 2008
Time: 10:30 am
Judge: Hon. Charles Norgle

                        Defendants.

## COMPLAINT IN INTERVENTION
### (To Enforce Payment From Produce Trust)

Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans

Chicago, Inc. ("Intervenors"), for their complaint in intervention against defendants, Tri-

County Produce, Inc., Angelo Marano, David Marano, and Patricia Marano, allege as

follows:

### JURISDICTION AND VENUE

1.    Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201.

2.    Venue in this District is based on 28 U.S.C. §1391 in that (a) intervening plaintiff's claim arose in this district and (b) defendants reside in this district.

PARTIES

3.    a.    Intervening plaintiff, Strube Celery & Vegetable Co. ("Strube"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

b.    Intervening plaintiff, Michael J. Navilio & Son, Inc. ("Navilio"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

c.    Intervening plaintiff, Coosemans Chicago, Inc. ("Coosemans"), an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.    a.    Defendant, Tri-County Produce, Inc. ("Tri-County"), a corporation with a principal place of business in Elgin, Illinois, is engaged in the business of buying

2

wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

      b.     Defendant, Angelo Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs.

      c.     Defendant, David Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs.

      d.     Defendant, Patricia Marano, was the owner, officer, manager and director of Tri-County, during the period of time in question who controlled the day to day operations of Tri-County and was in a position of control over the PACA trust assets belonging to plaintiffs. (Tri-County, Angelo Marano, David Marano, and Patricia Marano are hereinafter collectively referred to as "Tri-County Defendants").

## GENERAL ALLEGATIONS

5.     This action is brought to obtain declaratory relief and to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. §499e(c).

6.     Between May 20, 2008, and June 26, 2008, intervening plaintiff Strube sold and delivered to the Tri-County defendants, in interstate commerce, $10,642.00 worth of wholesale quantities of produce which remains unpaid.

7.     Between May 13, 2008, and June 26, 2008, intervening plaintiff Navilio sold and delivered to the Tri-County defendants, in interstate commerce, $9,119.50 worth of

3

wholesale quantities of produce which remains unpaid.

8.    Between June 4, 2008 and June 26, 2008, intervening plaintiff Coosemans sold and delivered to Tri-County defendants, in interstate commerce, $2,986.00 worth of wholesale quantities of produce which remains unpaid.

9.    The Tri-County defendants accepted the produce from intervening plaintiffs.

10.   At the time of receipt of the produce, intervening plaintiffs became beneficiaries in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

11.   Intervening Plaintiffs Strube and Navilio preserved their interests in the PACA trust by sending invoices to the Tri-County defendants which contained the language required by 7 U.S.C. § 499e(c)(4) and remain beneficiaries until full payment is made for the produce. A sampling of invoices from Strube and Navilio to Tri-County defendants are attached hereto as Exhibits A and B. All of the invoices from Strube and Navilio to Tri-County defendants contain the requisite statutory language.

12.   Intervening Plaintiff Coosemans preserved its interest in the PACA trust by sending a written notice of intent to preserve trust benefits to the Tri-County defendants pursuant to 7 U.S.C. § 499e(c)(3) and remains a beneficiary until full payment is made for the produce. A copy of the notice of intent to preserve trust benefits is attached hereto as Exhibit C. A sampling of invoices from Coosemans to Tri-County defendants is attached hereto as Exhibit D.

4

13.    Despite demand for payment, the Tri-County defendants have failed and refuse to pay intervening plaintiffs for the wholesale quantities of produce supplied by intervening plaintiffs, and have advised intervening plaintiffs they are unable to do so at this time. Upon information and belief, Tri-County has ceased operations.

14.    The Tri-County defendants' failure and inability to pay, as well as the cessation of operations without paying intervening plaintiffs, indicate that they are failing to maintain sufficient assets in the statutory trust to pay intervening plaintiffs and are dissipating trust assets.

## Count 1

### (Failure to Pay Trust Funds)

15.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1 to 14 above as if fully set forth herein.

16.    The failure of the Tri-County defendants to make payment to intervening plaintiffs of trust funds in the collective amount of $22,747.50 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, intervening plaintiffs requests an order enforcing payment from the trust by requiring immediate payment of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

## Count 2

### (Failure to Pay For Goods Sold)

17.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1 to 16 above as if fully set forth herein.

18.    The Tri-County Defendants failed and refused to pay intervening plaintiffs $22,747.50 owed to intervening plaintiffs for produce received by them from intervening plaintiffs.

WHEREFORE, intervening plaintiffs request judgment in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans against the Tri-County defendants, jointly and severally, and for such other and further relief as the Court deems appropriate.

Count 3

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Angelo Marano)

19.    Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 18 above as if fully set forth herein.

20.    Defendant, Angelo Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

21.    Defendant, Angelo Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

22.    Defendant, Angelo Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

23.    As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

6

WHEREFORE, intervening plaintiffs requests judgment against defendant, Angelo Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

### Count 4
### (Unlawful Dissipation of Trust Assets by
### a Corporate Official – David Marano)

24.     Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 23 above as if fully set forth herein.

25.     Defendant, David Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

26.     Defendant, David Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

27.     Defendant, David Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

28.     As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

WHEREFORE, intervening plaintiffs requests judgment against defendant, David Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

7

Count 5
(Unlawful Dissipation of Trust Assets by
a Corporate Official – Patricia Marano)

29.    Intervening plaintiffs incorporate each and every allegation set forth in paragraph 1 to 28 above as if fully set forth herein.

30.    Defendant, Patricia Marano, was an owner, officer and director who operated Tri-County during the period of time in question and who was in a position of control over the PACA trust assets belonging to intervening plaintiffs.

31.    Defendant, Patricia Marano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay intervening plaintiffs for the produce supplied.

32.    Defendant, Patricia Marano's failure to direct the corporation to maintain PACA trust assets and pay intervening plaintiffs for the produce they supplied was an unlawful dissipation of trust assets by a corporate official.

33.    As a result of said unlawful dissipation of trust assets, intervening plaintiffs have been deprived of their rights as beneficiaries in the produce trust and have been denied payment for the produce they supplied.

WHEREFORE, intervening plaintiffs requests judgment against defendant, Patricia Marano, in the amount of $10,642.00 to Strube, $9,119.50 to Navilio, and $2,986.00 to Coosemans, and for such other and further relief as the Court deems appropriate.

Count 6

(Interest and Attorneys Fees)

34.    Intervening plaintiffs incorporate each and every allegation set forth in paragraphs 1to 33 above as if fully set forth herein.

8

35.  As a result of defendants' failure to make full payment promptly of the collective amount of $22,747.50, intervening plaintiffs have lost the use of said funds and have been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

24.  PACA and the invoices of intervening plaintiffs entitle intervening plaintiffs to recover prejudgment interest at a rate of 1.5% per month and attorney's fees incurred to collect any balance due from defendants.

WHEREFORE,  intervening  plaintiffs  requests  judgment  against  each  of  the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this 14th day of July, 2008.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By:s/ Mary Jean Fassett                    By: s/ William B. Kohn
    Mary Jean Fassett, ID#9078552           William B. Kohn, ARDC#6196142
    4900 Massachusetts Ave., N.W.           150 N. Wacker Drive
    Suite 310                               Suite 1400
    Washington, DC 20016                    Chicago, Illinois 60606
    (202) 364-0400                          (312) 553-1200
    mjf@mccarronlaw.com                     kohn@wbkohnlaw.com
                                            Attorneys for Intervening Plaintiffs

**EXHIBIT   A**

## S T R U B E CELERY & VEGETABLE COMPANY
### ** PRIMUS CERTIFIED **

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone 312-226-7880
Fax 312-226-7644

**INVOICE #:** 72332-10    JS

**DATE:** 29-MAY-2008    04:22 PM

**CUST. NO.:** 1036    PO#

**SOLD TO:** TRI COUNTY PRODUCE INC.
408 BROOK ST.
ELGIN, IL 60120

** REPRINT **

INV #: 72332-10
BOOTH: 12

** ASAP **

TERMS:

Ctg:

TYPE: PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|-------|-------|-------------|
|  | DJ |  |  |  |  |
| 85989 | 5 | SPINACH, CELLO 8/10OZ | 1 | 7.50 | $37.50 |
|  |  | 3B DEJONG |  |  |  |
|  | MORG |  |  |  |  |
| 85976 | 3 | LIME,230 40LB | 1 | 9.00 | $27.00 |
|  |  | 3A LIME GUY |  |  |  |
|  | AGRI |  |  |  |  |
| 85905 | 1 | CABBAGE,MED | 1 | 12.00 | $12.00 |
|  |  | 2C CRYSTAL |  |  |  |
|  | FOOD |  |  |  |  |
| 85990 | 2 | RADISH,CELLO 6OZ. | 1 | 9.00 | $18.00 |
|  |  | 3B CASCASE |  |  |  |
|  | ELIT | WHT |  |  |  |
| 85959 | 1 | MUSH, 16OZ. | 1 | 14.50 | $14.50 |
|  |  | 4D ELITE |  |  |  |
|  | D'AR |  |  |  |  |
| 85988 | 5 | LETTUCE,LEAF GREEN | 1 | 13.00 | $65.00 |
|  |  | 3B ANDY BOY |  |  |  |
|  | D'AR |  |  |  |  |
| 85968 | 10 | LETTUCE, ROMAINE | 1 | 14.00 | $140.00 |
|  |  | 1A ANDY BOY |  |  |  |

Pkgs: 27    ** PALLETS OUT ____ PALLETS IN ____ **    INVOICE TOTAL:    **$314.00**

Office Copy

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received". Interest of 1% per month will be added to the unpaid balance and all attorney fee incurred in connection with the collection of any balance due shall be considered owed in connection with the transaction under the PACA Trust.

**EXHIBIT   B**

MICHAEL J. NAVILIC
2404 S. WOLCOT
CHICAGO, IL

05/14/08
176907
Tri-County

**MICHAEL J. NAVILIO & SON, INC.**
● TOMATOES, VEGETABLES AND FRUITS ●

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Date: 05/14/08 (03:44:10) #1
Invoice: 176907
Customer: Tri-County
Ship to:

| QUALITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | CS Cucumbers, 24 count FARMER'S BEST | 6001 cq | |
| 1 | CS Eggplant WISHNATZKI | 5979 cv | |
| 1 | CS Yellow Peppers, Large 11 # LARGE/LEYSON | 6088 | |
| 3 | CS Red Peppers, Choice CELTA XL | 6018 ce | |
| 5 | CS Avocados 48'S ALEJANDRINA 5/13 | 6022 ce | |
| 1 | CS Squash, Yellow BAY FANCY | 5971 ce | |
| 2 | CS Zucchini SUNFED FANCY | 6026 cm | |
| 4 | CS Broccolini 3/2# | 5976 ce | |

| | | | | |
|---|---|---|---|---|
| 2 | CS | Cucumbers, 24 count | | |
| FARMER'S BEST | | @ 8.00 = | 16.00 | |
| 1 | CS | Eggplant | | |
| WISHNATZKI | | @ 20.00 = | 20.00 | |
| 1 | CS | Yellow Peppers, Large | | |
| 11 # LARGE/LEYSON | | @ 28.00 = | 28.00 | |
| 3 | CS | Red Peppers, Choice | | |
| CEUTA XL | | @ 40.00 = | 120.00 | |
| 5 | CS | Avocados | | |
| 48'S ALEJANDRINA 5/13 | | @ 40.00 = | 200.00 | |
| 1 | CS | Squash, Yellow | | |
| BAY FANCY | | @ 18.00 = | 18.00 | |
| 2 | CS | Zucchini | | |
| SUNFED FANCY | | @ 11.00 = | 22.00 | |
| 4 | CS | Broccolini | | |
| 3/2# | | @ 22.00 = | 88.00 | |

SEE RICH

Duplicat      Total = 512.00

By: Rich                    Copy #1

CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

MICHAEL J. NAVILIO & SON INC.
2404 S. WOLCOTT - UNIT 26
CHICAGO, IL 60608

05/15/08
177086
Tri-County

```
     1    CS  Cucumbers, Super
FARMER'S BEST          @  16.00  =    16.00

     2    CS  Squash, Yellow
SONORA QUEEN FANCY     @  16.00  =    32.00

     2    CS  Zucchini
SUNFED FANCY           @  12.00  =    24.00

     5    CS  Avocados
48'S ALEJANDRINA (240) @  40.00  =   200.00
```

**MICHAEL J. NAVILIO & SON, INC.**
● TOMATOES, VEGETABLES AND FRUITS ●

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243-7515  Fax (312) 243-6377

Date: 05/15/08 (03:45:12) #1
Invoice: 177086
Customer:
Ship to: Tri-County

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | CS  Cucumbers, Super | | |
| | | 6001 : cr | |
| 2 | CS  Squash, Yellow | | |
| | | 5975 : or | |
| 2 | CS  Zucchini | | |
| | | 6026 : cn | |
| 5 | CS  Avocados  SEE RICH | | |
| | | 5979 : c6 | |

By: Dean                    Copy #1

CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499)(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

Duplicat       Total =   272.00

**EXHIBIT    C**

## PERISHABLE AGRICULTURAL COMMODITIES ACT
### NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

DATE:                        10-Jul-08

DEBTOR'S NAME:               Tri-Country Produce, Inc.

STREET ADDRESS:             408 Brook Street
CITY, STATE, ZIP:           Elgin, Illinois 60120

CREDITOR'S NAME:             Coosemans Chicago, Inc.

STREET ADDRESS:             2404 S. Wolcott, Unit # 13
CITY, STATE:                 Chicago, Illinois 60608

PAYMENT IN DAYS:             10

NUMBER OF SHIPMENTS:         16

COMMODITY:                   MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |
| 577870 | 6/12/2008 | 6/22/2008 | $ 21.00 | $ 21.00 |
| 577899 | 6/12/2008 | 6/22/2008 | $ 339.00 | $ 339.00 |
| 577926 | 6/12/2008 | 6/22/2008 | $ 7.50 | $ 7.50 |
| 578774 | 6/17/2008 | 6/27/2008 | $ 342.00 | $ 342.00 |
| 578969 | 6/18/2008 | 6/28/2008 | $ 355.50 | $ 355.50 |
| 579148 | 6/19/2008 | 6/29/2008 | $ 304.00 | $ 304.00 |
| 579380 | 6/20/2008 | 6/30/2008 | $ 121.00 | $ 121.00 |
| 579382 | 6/20/2008 | 6/30/2008 | $ 123.50 | $ 123.50 |
| 580092 | 6/25/2008 | 7/5/2008 | $ 214.00 | $ 214.00 |
| 580269 | 6/26/2008 | 7/6/2008 | $ 180.50 | $ 180.50 |

**TOTAL AMOUNT PAST DUE AND UNPAID:**                    $  2,986.00

TO:  Tri-County Produce, Inc, *(via fax 847-742-9975)*

TRANSMISSION VERIFICATION REPORT

```
TIME  : 07/10/2008 14:53
NAME  : MCCARRON AND DIESS
FAX   : 2023642731
TEL   : 2023640400
SER.# : BROL1J759673
```

| DATE,TIME | 07/10  14:52 |
|---|---|
| FAX NO./NAME | 18477429975 |
| DURATION | 00:00:45 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

## PERISHABLE AGRICULTURAL COMMODITIES ACT
## NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

DATE:                    10-Jul-08

DEBTOR'S NAME:           Tri-Country Produce, Inc.

STREET ADDRESS:          408 Brook Street
CITY, STATE, ZIP:        Elgin, Illinois 60120

CREDITOR'S NAME:         Coosemans Chicago, Inc.

STREET ADDRESS:          2404 S. Wolcott, Unit # 13
CITY, STATE:             Chicago, Illinois 60608

PAYMENT IN DAYS:         10

NUMBER OF SHIPMENTS:     16

COMMODITY:               MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |

```
TRANSMISSION VERIFICATION REPORT
```

```
                    TIME  : 07/10/2008 14:54
                    NAME  : MCCARRON AND DIESS
                    FAX   : 2023642731
                    TEL   : 2023640400
                    SER.# : BROL1J759573
```

```
DATE,TIME           07/10  14:54
FAX NO./NAME        13122265976
DURATION            00:00:23
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

## PERISHABLE AGRICULTURAL COMMODITIES ACT
### NOTICE OF INTENT TO PRESERVE TRUST BENEFITS

**DATE:**               10-Jul-08

**DEBTOR'S NAME:**      Tri-Country Produce, Inc.

**STREET ADDRESS:**    408 Brook Street
**CITY, STATE, ZIP:**  Elgin, Illinois 60120

**CREDITOR'S NAME:**   Coosemans Chicago, Inc.

**STREET ADDRESS:**    2404 S. Wolcott, Unit # 13
**CITY, STATE:**       Chicago, Illinois 60608

**PAYMENT IN DAYS:**   10

**NUMBER OF SHIPMENTS:** 16

**COMMODITY:**         MIXED FRUITS AND VEGETABLES

| Invoice Number | Date of Shipment/ Acceptance | Date Payment Due | Invoice Price | Amount Past Due/Unpaid |
|---|---|---|---|---|
| 576351 | 6/4/2008 | 6/14/2008 | $ 181.50 | $ 181.50 |
| 576591 | 6/5/2008 | 6/15/2008 | $ 212.00 | $ 212.00 |
| 576797 | 6/6/2008 | 6/16/2008 | $ 89.00 | $ 89.00 |
| 577493 | 6/10/2008 | 6/20/2008 | $ 267.50 | $ 267.50 |
| 577705 | 6/11/2008 | 6/21/2008 | $ 220.50 | $ 220.50 |
| 577707 | 6/11/2008 | 6/21/2008 | $ 7.50 | $ 7.50 |

**EXHIBIT    D**

JUL-10-2008  13:15        COOSEMANS CHICAGO        1312 226 6976    P.19/19

# COOSEMANS CHICAGO, INC.

2404 S. Wolcott, Unit #13 • Chicago, IL 60608
Tel: (312) 226-6972 • FAX: (312) 226-6976

INVOICE # 576591

Sold To: Tri County

Address: _____

Telephone: _____

| TERMS 10 DAYS NET | P.O. # | | ORDERED BY | | SOLD BY | PT | DATE | 6-5-08 |
|---|---|---|---|---|---|---|---|---|
| BELGIUM ENDIVE | | | WATER CRESS | | | RED PEPPER | | |
| BABY FRISSEE | | | HYDRO BIBB | | | YELLOW PEPPER | | |
| RADICCHIO | | | HYDRO BOSTON | | | ORANGE PEPPER | | |
| MACHE | | | CRIMPER | | | FRISERNOT | | |
| 15 MESCLUN | 050 | | ARUGULA | | | FIGS | | |
| LOLLA ROSA | | 7 | BASIL (L) | 500 | | STAR FRUIT | | |
| BABY RED OAK | | | CHERVIL | | | KUMQUAT | | |
| BABY GREEN OAK | | | CHIVES | | | BLOOD ORANGES | | |
| BABY MIX LETTUCE | | | CILANTRO | | | LEMON LEAVES | | |
| BABY GREEN ROMAINE | | | TARRAGON | | | PORTOBELLA | | |
| BABY RED ROMAINE | | | MARJORAM | | 1 | CREMINI | 1600 |
| GARDEN | | 1 | MINT | 180 | | OYSTER | | |
| AMERICAN | | | OREGANO | | | ABINTAKE | | |
| FX BABY SPINACH | | | ROSEMARY | | | SHIITAKE | | |
| CAESAR | | | SAGE | | | PORT CAP | | |
| LITE CAESAR | | | THYME | | | SLICED PORT | | |
| COLE SLAW | | | MICRO GREEN | | | BABY BELLS | | |
| DOUBLE CARROT | | | CHICORY | | | | | |
| SWEET BUTTER | | | FRENCH BEAN | | | | | |
| FIELD GREEN | | | BABY ZUKI | | | | | |
| ITALIAN | | | BABY SUNBURST | | | | | |
| T-LETTUCE ISLAND | | | BABY PATTY PAN | | | | | |
| RIVIERA | | | BABY CARROT | | | | | |
| CAL CRISPER | | | TURN CARROT | | | | | |
| ROMAINE HEART | | | BABY TURNIP | | | | | |
| MIXED LETTUCE | | | BABY BEET | | | | | |
| SPRING MIX | | | BABY GOLD BEET | | | | | |
| VEGGIE LOVER | | | BABY STRIPE BEET | | | | | |
| ASIAN | | 4 | SEEDLESS CUKE | 1/80 | | | | |
| BLT CAESAR | | | BABY EGGPLANT | | | | | |
| SALSA | | | HERB TOMATO | | | | | |
| TRIPLE HEART | | | VINE TOMATO | | | | | |
| LETTUCE TRIO | | | GRAPE TOMATO | | | | | |
| PREMIUM ROMAINE | | | DESERT GLORY | | | | | |
| BIMI BLEND | | | YELLOW TOMATO | | | | | |
| SWEET BABY | | | YELLOW PEAR TOMATO | | | | | |
| VEG SPRING MIX | | | RED PEAR TOMATO | | | | | |
| ALFALFA SPROUTS 2# | | | YELLOW CHERRY TOMATO | | | | | |
| ALFALFA CUPS | | | RED CHERRY TOMATO | | | | | |
| BEAN SPROUTS | | | JUMBO GRASS | | | | | |
| 3 COL GARLIC | | | LARGE GRASS | | | | | |
| ELEPHANT GARLIC | | | STANDARD GRASS | | | | | |
| PEELED GARLIC | | | SMALL GRASS | | | | | |
| DRY SHALLOTS | | | WHITE GRASS | | | | | |
| PEELED SHALLOTS | | | ANISE | | | | | |
| 10-8-6 PRL ONION | | | TUSCAN KALE | | | | | |
| CIPOLINI | | | SHANG HAI | | | | | |
| BOILER | | | ARTICHOKE | | | | | |
| FINGERLING | | | ARTICHOKE | | | | | |

Claims must be made within 24 hours after delivery. Past due accounts subject to interest charge of 1½% per month. Cost of any action taken to collect overdue accounts, including attorney's fees, or agent costs, shall be borne by purchaser.

**TOTAL** 212 80

| AIRLINES | FLT. # | AIRBILL # | CONTAINER # | AIRPORT OF DESTINATION |
|---|---|---|---|---|
| | | | | |

JUL-10-2008  13:13          COOSEMANS CHICAGO                    1312 226 6976   P.17/19

# COOSEMANS CHICAGO, INC.

2404 S. Wolcott, Unit #13 • Chicago, IL 60608

Tel: (312) 226-6972 • FAX: (312) 226-6976

INVOICE # _____ 310331

Sold To: TRI COUNTY

Address: _____

Telephone: _____

| TERMS 10 DAYS NET | P.O. # | | | ORDERED BY | | | SOLD BY PT | DATE 6-4-08 |
|---|---|---|---|---|---|---|---|---|

| QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT | QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BELGIAN ENDIVE | | | | WATER CRESS | | | | RED PEPPER | | |
| | BABY FRISEE | | | | HYDRO BIBB | | | | YELLOW PEPPER | | |
| | RADICCHIO | | | | HYDRO BOSTON | | | | ORANGE PEPPER | | |
| | MACHE | | | | CLIPPER | | | | FINGERHOT | | |
| 12 | MESCLUN | 1250 | | | ARUGULA | | | | FIGS | | |
| | LOLLA ROSA | | | | BASIL | | | | STAR FRUIT | | |
| | BABY RED OAK | | | | CHERVIL | | | | KUMQUAT | | |
| | BABY GREEN OAK | | | | CHIVES | | | | BLOOD ORANGES | | |
| | BABY MIX LETTUCE | | | | CILANTRO | | | | LEMON LEAVES | | |
| | BABY GREEN ROMAINE | | | | TARAGON | | | | PORTOBELLA | | |
| | BABY RED ROMAINE | | | | MARJORAM | | | | CREMINI | | |
| | GARDEN | | | | MINT | | | | OYSTER | | |
| | AMERICAN | | | | OREGANO | | | | ABHITAKE | | |
| | FX BABY SPINACH | | | | ROSEMARY | 750 | | | B-SHITAKE | | |
| | CAESAR | | | | SAGE | | | | PORT CAP | | |
| | LITE CAESAR | | | | THYME | | | | SLICED PORT | | |
| | COLE SLAW | | | | MICRO GREEN | | | | BABY BELLA | | |
| | DOUBLE CARROT | | | | ORCHID | | | | | | |
| | SWEET BUTTER | | | | FRENCH BEAN | | | | | | |
| | FIELD GREEN | | | | BABY ZUKE | | | | | | |
| | ITALIAN | | | | BABY SUNBURST | | | | | | |
| | 5-LETTUCE BLEND | | | | BABY PATTY PAN | | | | | | |
| | RIVIERA | | | | BABY CARROT | | | | | | |
| | CAE GREECK | | | | TURN CARROT | | | | | | |
| | ROMAINE HEART | | | | BABY TRIMP | | | | | | |
| | SHRED LETTUCE | | | | BABY BEET | | | | | | |
| | SPRING MIX | | | | BABY GOLD BEET | | | | | | |
| | VEGGIE LOWER | | | | BABY STRIPE BEET | | | | | | |
| | ASIAN | | | | SEEDLESS CUKE | 1400 | | | | | |
| | BLT CAESAR | | | | BABY EGGPLANT | | | | | | |
| | SALSA | | | | BEEF TOMATO | | | | | | |
| | TRIPLE HEART | | | | VINE TOMATO | | | | | | |
| | LETTUCE 500 | | | | GRAPE TOMATO | | | | | | |
| | PREMIUM ROMAINE | | | | DESERT GLORY | | | | | | |
| | 50/50 BLEND | | | | YELLOW TOMATO | | | | | | |
| | SWEET BABY | | | | YELLOW PEAR TOMATO | | | | | | |
| | VEG SPRING MIX | | | | RED PEAR TOMATO | | | | | | |
| | ALFALFA SPROUTS 2# | 600 | | | YELLOW CHERRY TOMATO | | | | | | |
| | ALFALFA CUPS | | | | RED CHERRY TOMATO | | | | | | |
| | BEAN SPROUTS | | | | JUMBO GRASS | | | | | | |
| | 5 COL GARLIC | | | | LARGE GRASS | | | | | | |
| | ELEPHANT GARLIC | | | | STANDARD GRASS | | | | | | |
| | PEELED GARLIC | | | | SMALL GRASS | | | | | | |
| | DRY SHALLOTS | | | | WHITE GRASS | | | | | | |
| | PEELED SHALLOTS | | | | ANISE | | | | | | |
| | PEARL PRL ONION | | | | TUSCAN KALE | | | | | | |
| | CIPOLINI | | | | SHANG HAI | | | | | | |
| | BOILER | | | | ARTICHOKE | | | | | | |
| | FINGERLING | | | | ARTICHOKE | | | | | | |

Claims must be made within 24 hours after delivery. Past due accounts subject to interest charge of 1½% per month. Cost of any action taken to collect overdue accounts, including attorney's fees, or agent costs, shall be borne by purchaser.

**TOTAL** 181.50

| AIRLINES | FLT. # | AIRBILL # | CONTAINER # | AIRPORT OF DESTINATION |
|---|---|---|---|---|
| | | | | |

OFFICE COPY