# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC.        ) | |
|                       Plaintiff,   ) | Case No. 08 –cv-3660 |
| v.                                                                    ) | |
|                               ) | Judge Norgle |
| TRI-COUNTY PRODUCE, INC., and             ) | |
| DAVID MARANO, ANGELO MARANO and   ) | |
| PATRICIA MARANO individually,                ) | |
|                      Defendants.   ) | |

## NOTICE OF MOTION

To:    Angelo Marano
         199 Bayview Rd.
         Elgin, IL 60123

Patricia Marano                       David Marano
199 Bayview Rd.                      537 Blue Ridge Ct.
Elgin, IL 60123                       Elgin, IL 60123

      Please take notice that on **July 25, 2008** at **10:30 a.m.** I shall appear before Judge Norgle, or whoever is presiding in his stead, at the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, Illinois 60604, in **Courtroom 2341,** and present the attached Unopposed Motion for Reassignment Based on Relatedness.

                                                                     Respectfully submitted,

                                                                     By: s/ Gretchen Wehrenberg Stewart
                                                                          Attorney for Movant

                                                                    Gretchen Wehrenberg Stewart, Esq.
                                                                    ADELMAN LAW OFFICES, P.C.
                                                                    1901 N. Roselle Road, Suite 800
                                                                    Schaumburg, Illinois 60195
                                                                    Tel: 847/301-4341
                                                                    Fax: 847/301-432
                                                                    stewart@pacaenforcer.com

## CERTIFICATE OF SERVICE

      A copy of the foregoing Notice and attached pleading were filed electronically this 18th day of July, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, copies of this Notice and attached pleadings were sent to the parties and at the addresses listed above.

                                      /s Gretchen Wehrenberg Stewart
                                      Gretchen Wehrenberg Stewart