UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | Case No. 08-CV-3660 |
| ) | Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and ) | |
| ANGELO MARANO, DAVID MARANO, ) | |
| and PATRICIA MARANO, each individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| STRUBE CELERY & VEGETABLE ) | |
| COMPANY, MICHAEL J. NAVILO & SON, ) | |
| INC. and COOSEMANS CHICAGO, INC., ) | |
| ) | |
| Intervening-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC. and ) | |
| ANGELO MARANO, DAVID MARANO, ) | |
| and PATRICIA MARANO, each individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ANTHONY MARANO COMPANY, ) | |
| ) | |
| Intervening-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC. and ) | |
| ANGELO MARANO, DAVID MARANO, ) | |
| and PATRICIA MARANO, each individually, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF PRESENTMENT OF JOINT OBJECTIONS**

TO:    TRI-COUNTY PRODUCE, INC.         DAVID MARANO
      408 Brook Street                                537 Blue Ridge Ct.
      Elgin, IL 60120                                   Elgin, Illinois 60123

      ANGELO MARANO                     OLYMPIC WHOLESALE PRODUCE, INC.
      199 Bayview Road                    c/o Gretchen W. Stewart, Esq.
      Elgin, Illinois 60123                    1901 N. Roselle Road, Suite 800
                                                   Schaumburg, Illinois 60195

      PATRICIA MARANO
      199 Bayview Road
      Elgin, Illinois 60123

**PLEASE TAKE NOTICE** that on **July 25, 2008 at 10:30 a.m.** I shall appear before the Hon. Charles R. Norgle, or any judge sitting in his stead, at the United States District Court for the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, Illinois 60604, in **Courtroom 2341**, and present the attached Objections to Olympic Wholesale Produce, Inc.'s Unopposed Motion for Reassignment Based on Relatedness.

                                                          Respectfully submitted,

                                                          UPTOWN PRODUCE CONNECTION, INC.

                                                          By: /s/ Jason R. Klinowski, Esq.
                                                              One of Its Attorneys

                                                          Michael J. Keaton, Esq.
                                                          Illinois Bar No. 6207203
                                                          Jason R. Klinowski, Esq.
                                                          Illinois Bar. No. 6283266
                                                         KEATON & ASSOCIATES, P.C.
                                                          1278 W. Northwest Highway, Suite 903
                                                          Palatine, Illinois 60067
                                                          Tel: 847/934-6500
                                                          Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 21st day of July 2008 and further served, via fax and/or first class mail with proper postage prepaid, upon the following recipients:

TRI-COUNTY PRODUCE, INC.
408 Brook Street
Elgin, IL 60120

ANGELO MARANO
199 Bayview Road
Elgin, Illinois 60123

PATRICIA MARANO
199 Bayview Road
Elgin, Illinois 60123

DAVID MARANO
537 Blue Ridge Ct.
Elgin, Illinois 60123

OLYMPIC WHOLESALE PRODUCE, INC.
c/o Gretchen W. Stewart, Esq.
1901 N. Roselle Road, Suite 800
Schaumburg, Illinois 60195


Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.


By: /s/ Jason R. Klinowski, Esq.
     One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff