Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 7/18/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION, INC. vs. TRI-COUNTY | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order to Increase Deposit with Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | EF |
|---|---|---|---|

(stamp: U.S. DISTRICT COURT CLERK, 2008 JUL 21 AM 10:27, FILED)