MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., <br> Plaintiff, | |
| ANTHONY MARANO COMPANY, <br> STRUBE CELERY & VEGETABLE CO., <br> MICHAEL J. NAVILIO & SON, INC., <br> COOSEMANS CHICAGO, INC., <br> Intervening Plaintiffs, | Civil Action No. 08-C-3660 <br> Judge Norgle <br> Magistrate Judge Nolan |
| v. | |
| TRI-COUNTY PRODUCE, INC., <br> ANGELO MARANO, DAVID MARANO, <br> and PATRICIA MARANO, <br> Defendants. | |

### AGREED ORDER TO INCREASE DEPOSIT WITH COURT

This matter coming on Intervening Plaintiff Anthony Marano Company's Motion to Intervene Pursuant to Federal Rule 24, said Motion having been granted by order dated July 15, 2008, said Motion praying for a modification of the Temporary Restraining Order already granted to Plaintiff Uptown Produce Connection, Inc. on June 26, 2008 to increase the amount Defendants must deposit with the court registry to include additional amounts requested by Intervener Anthony Marano Company, and the Plaintiff and Intervening Plaintiffs having reached an agreement,

IT IS HEREBY ORDERED:

Paragraphs 1, 2, and 3 of the Temporary Restraining Order dated June 26, 2008 are hereby modified to increase the amount required to be deposited with the registry of the court from $23,918.77 to $135,792.77.

ENTERED:

Dated: 7-18-08

*Charles R. Norgle* (signature)

Judge          Judge's No.

Lawrence B. Ordower
Michael T. Stanley
Ordower & Ordower, P.C.
Attorney for Fruitland of Burr Ridge, Inc.
One North LaSalle Street, No. 1300
Chicago, Illinois 60602
(312) 263-5122
C:\Documents and Settings\Michael Stanley\My Documents\M Stanley\Marano\Tri-County\AgreedOrderIncrease071708.wpd