## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UPTOWN PRODUCE CONNECTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | Case No. 08-CV-3660 |
| | ) | Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| STRUBE CELERY & VEGETABLE COMPANY, MICHAEL J. NAVILO & SON, INC. and COOSEMANS CHICAGO, INC., | ) ) ) | |
| | ) | |
| Intervening -Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |
| | ) | |
| ANTHONY MARANO COMPANY, | ) | |
| | ) | |
| Intervening -Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF MOTION AND PRESENTMENT

TO:    TRI-COUNTY PRODUCE, INC.          DAVID MARANO
       408 Brook Street                  537 Blue Ridge Ct.
       Elgin, IL 60120                   Elgin, Illinois 60123

       ANGELO MARANO                     NATIONAL CITY BANK
       199 Bayview Road                  c/o Special Services Department
       Elgin, Illinois 60123             1900 East Ninth Street
                                         Cleveland, Ohio 44114
       PATRICIA MARANO                   Fax1: 216/257-5256
       199 Bayview Road                  Fax2: 216/257-5863
       Elgin, Illinois 60123


**PLEASE TAKE NOTICE** that on __July 25, 2008 at 10:30 a.m.__ I shall appear before the

Hon. Charles R. Norgle, or any judge sitting in his stead, at the United States District Court for

the Northern District of Illinois, located at 219 S. Dearborn Street, Chicago, Illinois 60604, in

**Courtroom 2341**, and present the attached Motion to Enforce Temporary Restraining Order and

for Contempt.

                           Respectfully submitted,

                           UPTOWN PRODUCE CONNECTION, INC.


                           By: /s/ Jason R. Klinowski, Esq.
                               One of Its Attorneys

                           Michael J. Keaton, Esq.
                           Illinois Bar No. 6207203
                           Jason R. Klinowski, Esq.
                           Illinois Bar. No. 6283266
                           KEATON & ASSOCIATES, P.C.
                           1278 W. Northwest Highway, Suite 903
                           Palatine, Illinois 60067
                           Tel: 847/934-6500
                           Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 21st day of July 2008 and further served, via fax and/or first class mail with proper postage prepaid, upon the following recipients:

TRI-COUNTY PRODUCE, INC.
408 Brook Street
Elgin, IL 60120

ANGELO MARANO
199 Bayview Road
Elgin, Illinois 60123

PATRICIA MARANO
199 Bayview Road
Elgin, Illinois 60123

DAVID MARANO
537 Blue Ridge Ct.
Elgin, Illinois 60123

NATIONAL CITY BANK
c/o Special Services Department
1900 East Ninth Street
Cleveland, Ohio 44114
Fax1: 216/257-5256
Fax2: 216/257-5863

Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.
One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff