UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UPTOWN PRODUCE CONNECTION, INC.** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **TRI-COUNTY PRODUCE, INC., ET AL** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3660** <br><br><br> SERVICE DOCUMENTS: <br> **MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER AND FOR CONTEMPT; PLAINTIFF'S NOTICE OF MOTION AND PRESENTMENT; EXHIBITS A,B,C** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 22, 2008,** at **4:20 PM**, I served the above described documents upon **NATIONAL CITY BANK** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DAVID BEAN / BRANCH SALES**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **825 N. RANDALL RD, BATAVIA, IL 60510.**

**DESCRIPTION:**  Gender: **M**   Race: **WHITE**   Age: **28**   Hgt: **6'0"**   Wgt: **200**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks**, Lic #: 117-001119
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 22nd day of July, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME: <br> **Keaton & Associates, P.C.*** <br> **FILE #: 9285** | ORIGINAL PROOF OF SERVICE | TRACKING # <br> **40034** |