UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Uptown Produce Connection, Inc.
                            Plaintiff,

v.                                          Case No.: 1:08−cv−03660
                                                        Honorable Charles R. Norgle Sr.

Tri−County Produce, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion Reassign Case Base on Relatedness [32] is granted. Motion to Enforce Temporary Restraining Order and for Contempt [39] is granted in part. Motion hearing held on 7/25/2008. Rule to show cause why respondent should not be held in contempt to issue returnable on 8/19/2008 at 10:00 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.