AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STRUBE CELERY & VEGETABLE CO., MICHAEL J. NAVILIO & SON, INC., and COOSEMANS CHICAGO, INC.

V.

TRI-COUNTY PRODUCE, INC., ANGELO MARANO, DAVID MARANO and PATRICIA MARANO

CASE NUMBER: 08 C 3660

ASSIGNED JUDGE: Norgle

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

ANGELO MARANO
199 Bayview Road
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn
Law Offices of William B. Kohn
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606
312/553-1200

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes

(By) DEPUTY CLERK



July 24, 2008

Date

08 C 3660

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 31, 2008 |
| NAME OF SERVER (PRINT)  Jeff Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Angelo Marano was served at 199 Bayview Road, Elgin, Il. at 7:50a.m.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>July 31, 2008</u>    Signature of Server: *Jeff Brown*
Date

<u>9030 Lamon, Skokie, Il. 60077</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.