

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 7/31/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION, INC. Vs. TRI-COUNTY PRODUCE, INC, et al. | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Motion of Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans Chicago, Inc. For Leave to Intervene as Plaintiffs Under Rule 24.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

2008 JUL 31 PH 5:06
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|