

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC.<br>                     Plaintiff,<br>v.<br><br>TRI-COUNTY PRODUCE, INC., ANGELO MARANO; DAVID MARANO; and PATRICIA MARANO,<br><br>                     Defendants. | Case No. 08-cv-3660<br>Judge Norgle<br>Magistrate Judge Nolan |
| STRUBE CELERY & VEGETABLE CO.,<br>MICHAEL J. NAVILIO & SON, INC.,<br>COOSEMANS CHICAGO, INC.<br><br>                Intervening Plaintiffs,<br>v.<br><br>TRI-COUNTY PRODUCE, INC., ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO,<br><br>                     Defendants. | Hearing:<br>Date: July 18, 2008<br>Time: 10:30 am<br>Judge: Hon. Charles Norgle |

**ORDER GRANTING MOTION OF STRUBE CELERY & VEGETABLE CO., MICHAEL J. NAVILIO & SON, INC., AND COOSEMANS CHICAGO, INC. FOR LEAVE TO INTERVENE AS PLAINTIFFS UNDER RULE 24**

Upon consideration the Motion of Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans Chicago, Inc. For Leave to Intervene as Plaintiffs Under Rule 24, it is the opinion of the Court that the motion should be granted in order to protect the rights all parties, including other potential qualified PACA trust beneficiaries.

It is ORDERED that Strube Celery & Vegetable Co., Michael J. Navilio & Son, Inc., and Coosemans Chicago, Inc. are granted leave to intervene as Plaintiffs and file their Complaint in Intervention instanter.

ENTERED this 31 day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE