UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) Case No. 08-CV-3660 |
| | ) Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) |
| Defendants. | ) |
| STRUBE CELERY & VEGETABLE COMPANY, MICHAEL J. NAVILO & SON, INC. and COOSEMANS CHICAGO, INC., | ) |
| Intervening-Plaintiffs, | ) |
| v. | ) |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) |
| Defendants. | ) |
| ANTHONY MARANO COMPANY, | ) |
| Intervening-Plaintiff, | ) |
| v. | ) |
| TRI-COUNTY PRODUCE, INC. and ANGELO MARANO, DAVID MARANO, and PATRICIA MARANO, each individually, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF RECEIPT OF TRI-COUNTY PRODUCE, INC.'S
<u>NOTICE OF CHAPTER 7 BANKRUPTCY CASE</u>**

TO:  Hon. Charles R. Norgle  
     United States District Court  
     Northern District of Illinois  
     219 South Dearborn  
     Chicago, Illinois 60601  

     TRI-COUNTY PRODUCE, INC.  
     408 Brook Street  
     Elgin, IL 60120  

DAVID MARANO  
537 Blue Ridge Ct.  
Elgin, Illinois 60123  

ANGELO MARANO  
199 Bayview Road  
Elgin, Illinois 60123  

PATRICIA MARANO  
199 Bayview Road  
Elgin, Illinois 60123  

**PLEASE TAKE NOTICE** that on August 4, 2008, the undersigned counsel received notice of Tri-County Produce, Inc.'s (the "Company") Bankruptcy Case, Meeting of Creditors and Deadlines. A true and accurate copy of which is attached hereto as <u>Exhibit A</u>. The Company's Bankruptcy Case was filed in the Northern District of Illinois under Bankruptcy Case Number 08-B-18911 on July 23, 2008.

**PLEASE TAKE FURTHER NOTICE** that the Company's aforementioned Bankruptcy case does not affect or otherwise involve the individually named defendants herein, only the Company.

                        Respectfully submitted,

                        UPTOWN PRODUCE CONNECTION, INC.

                        By: /s/ Jason R. Klinowski, Esq.  
                            One of Its Attorneys

                        Michael J. Keaton, Esq.  
                        Illinois Bar No. 6207203  
                        Jason R. Klinowski, Esq.  
                        Illinois Bar. No. 6283266

KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 5th day of August 2008 and further served, via first class mail with proper postage prepaid, upon the following recipients:

TRI-COUNTY PRODUCE, INC.
408 Brook Street
Elgin, IL 60120

ANGELO MARANO
199 Bayview Road
Elgin, Illinois 60123

PATRICIA MARANO
199 Bayview Road
Elgin, Illinois 60123

DAVID MARANO
537 Blue Ridge Ct.
Elgin, Illinois 60123

Hon. Charles R. Norgle
United States District Court
Northern District of Illinois
219 South Dearborn
Chicago, Illinois 60601

Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.
    One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff

08/01/2008  11:11   18476953494              LAW OFFICES                          PAGE  03

| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07) | Case Number 08-18911 |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>Northern District of Illinois | |

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation listed below was filed on July 23, 2008.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tri-County Produce, Inc.
408 Brook St.
Elgin, IL 60120

| Case Number: 08-18911<br>Office Code:    1 | Taxpayer ID/Employer ID/Other Nos.:<br>36-3960605 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>James A Young<br>James A Young & Associates, Ltd.<br>47 DuPage Court<br>Elgin, IL 60120<br>Telephone number: (847) 608-9526 | Bankruptcy Trustee (name and address):<br>Charles J Myler<br>Myler Ruddy & McTavish<br>105 East Galena Boulevard<br>8th Floor<br>Aurora, IL 60505<br>Telephone number: 630 897-8475 |

### Meeting of Creditors:

Date: **August 18, 2008**          Time: **11:00 AM**
Location: **100 S 3rd Street, Courtroom 140, Geneva, IL 60134**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-888-232-6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:30 PM | Date: July 24, 2008 |



EXHIBIT A