UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRI-COUNTY PRODUCE, INC. and ) <br> ANGELO MARANO, DAVID MARANO, ) <br> and PATRICIA MARANO, each individually, ) <br> ) <br> Defendants. ) <br> _____ ) <br> STRUBE CELERY & VEGETABLE ) <br> COMPANY, *et al.*, ) <br> ) <br> Intervening -Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRI-COUNTY PRODUCE, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ANTHONY MARANO COMPANY, ) <br> ) <br> Intervening -Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRI-COUNTY PRODUCE, INC., *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> Case No. 08-CV-3660 <br> Honorable Judge Charles R. Norgle <br><br> **ORDER TO SHOW CAUSE** |

## ORDER TO SHOW CAUSE

On July 25, 2008, the Court held a hearing on Uptown Produce Connection, Inc.'s ("Plaintiff") Motion to Enforce Temporary Restraining Order and for Contempt (D.E. #39). Granting the motion in part, the Court authorized and otherwise issued a Rule to Show Cause why the respondents should not be held in contempt. (D.E. #43). The Rule to Show Cause is returnable

on 8/19/08 at 10:00 a.m. and the Clerk of the Court mailed notices of the same. (D.E. #43). On August 5, 2008, Plaintiff filed a Notice of Receipt of Notice of Tri-County Produce, Inc.'s Chapter 7 Bankruptcy Case. (D.E. #50).

**IT IS THEREFORE ORDERED,**

National City Bank, Angelo Marano, David Morano and Patricia Morano, each individually, (collectively the "Respondents") have until August 19, 2008 at 10:00 a.m. to show cause why they each should not be held in contempt of Court for violations of the Temporary Restraining Order issue herein.

**IT IS HEREBY FURTHER ORDERED,**

Tri-County Produce, Inc. (the "Company") is excused from performance under the Court's July 25, 2008 Order (D.E. #43) and further proceedings against the Company are hereby stayed in accordance with § 362 of the Bankruptcy Code until further Order of Court.

**DONE AND SO ORDERED**

DATED this _____ day of August, 2008.

                                          ENTERED:

                                          _____

                                          Hon. Charles R. Norgle
                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 5th day of August 2008 and further served, via first class mail with proper postage prepaid, upon the following recipients:

| | |
|---|---|
| TRI-COUNTY PRODUCE, INC.<br>408 Brook Street<br>Elgin, IL 60120 | DAVID MARANO<br>537 Blue Ridge Ct.<br>Elgin, Illinois 60123 |
| ANGELO MARANO<br>199 Bayview Road<br>Elgin, Illinois 60123 | NATIONAL CITY BANK<br>c/o Special Services Department<br>1900 East Ninth Street<br>Cleveland, Ohio 44114<br>Fax1: 216/257-5256<br>Fax2: 216/257-5863 |
| PATRICIA MARANO<br>199 Bayview Road<br>Elgin, Illinois 60123 | |

      Respectfully submitted,

      UPTOWN PRODUCE CONNECTION, INC.

      By: /s/ Jason R. Klinowski, Esq.
           One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff