Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3660 | DATE | 8/6/2008 |
| CASE TITLE | UPTOWN PRODUCE CONNECTION, INC. vs. TRI-COUNTY PRODUCE | | |

**DOCKET ENTRY TEXT**

Enter Order to Show Cause.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | HF |
|---|---|---|