MHN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UPTOWN PRODUCE CONNECTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | Case No. 08-CV-3660 |
| | ) | Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and | ) | |
| ANGELO MARANO, DAVID MARANO, | ) | **ORDER TO SHOW CAUSE** |
| and PATRICIA MARANO, each individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STRUBE CELERY & VEGETABLE | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Intervening -Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ANTHONY MARANO COMPANY, | ) | |
| | ) | |
| Intervening -Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

On July 25, 2008, the Court held a hearing on Uptown Produce Connection, Inc.'s

("Plaintiff") Motion to Enforce Temporary Restraining Order and for Contempt (D.E. #39).

Granting the motion in part, the Court authorized and otherwise issued a Rule to Show Cause why

the respondents should not be held in contempt. (D.E. #43). The Rule to Show Cause is returnable

on 8/19/08 at 10:00 a.m. and the Clerk of the Court mailed notices of the same. (D.E. #43). On

August 5, 2008, Plaintiff filed a Notice of Receipt of Notice of Tri-County Produce, Inc.'s Chapter

7 Bankruptcy Case. (D.E. #50).

**IT IS THEREFORE ORDERED,**

National City Bank, Angelo Marano, David Morano and Patricia Morano, each individually,

(collectively the "Respondents") have until August 19, 2008 at 10:00 a.m. to show cause why they

each should not be held in contempt of Court for violations of the Temporary Restraining Order issue

herein.

**IT IS HEREBY FURTHER ORDERED,**

Tri-County Produce, Inc. (the "Company") is excused from performance under the Court's

July 25, 2008 Order (D.E. #43) and further proceedings against the Company are hereby stayed in

accordance with § 362 of the Bankruptcy Code until further Order of Court.

**DONE AND SO ORDERED**

DATED this _____ day of August, 2008.

ENTERED:    8-6-08

Hon. Charles R. Norgle
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 5th day of August 2008 and further served, via first class mail with proper postage prepaid, upon the following recipients:

TRI-COUNTY PRODUCE, INC.
408 Brook Street
Elgin, IL 60120

DAVID MARANO
537 Blue Ridge Ct.
Elgin, Illinois 60123

ANGELO MARANO
199 Bayview Road
Elgin, Illinois 60123

NATIONAL CITY BANK
c/o Special Services Department
1900 East Ninth Street
Cleveland, Ohio 44114
Fax1: 216/257-5256
Fax2: 216/257-5863

PATRICIA MARANO
199 Bayview Road
Elgin, Illinois 60123

Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.
    One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff