UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | Case No. 08-CV-3660 |
| ) | Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and ) | |
| ANGELO MARANO, DAVID MARANO, ) | **CERTIFICATE OF SERVICE** |
| and PATRICIA MARANO, each individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| STRUBE CELERY & VEGETABLE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Intervening -Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ANTHONY MARANO COMPANY, ) | |
| ) | |
| Intervening -Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Hon. Charles R. Norgle's August 6, 2008 Order to Show Cause (D.E. #53), together with any and all exhibits thereto, if any, has been served this 12th day of August 2008, via fax and/or first class mail with proper postage prepaid, upon the following recipients:

| | |
|---|---|
| TRI-COUNTY PRODUCE, INC.<br>199 Bayview Road<br>Elgin, Illinois 60123 | DAVID MARANO<br>537 Blue Ridge Ct.<br>Elgin, Illinois 60123 |
| ANGELO MARANO<br>199 Bayview Road<br>Elgin, Illinois 60123 | NATIONAL CITY BANK<br>c/o Special Services Department<br>1900 East Ninth Street<br>Cleveland, Ohio 44114<br>Fax1: 216/257-5256<br>Fax2: 216/257-5863 |
| PATRICIA MARANO<br>199 Bayview Road<br>Elgin, Illinois 60123 | |

Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.    *JRK*
    One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff