**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Uptown Produce Connection, Inc.
                        Plaintiff,

v.                                                        Case No.: 1:08−cv−03660
                                                       Honorable Charles R. Norgle Sr.

Tri−County Produce, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Show cause and status hearing held on 8/19/2008. Plaintiffs' Motion for Default is granted as to Angelo Morano and Patricia Marano. Plaintiff's Motion for preliminary injunction is granted as to Angelo Marano and Patricia Marano. An order of contempt is entered as to National City Bank, Angelo Morano and Patricia Morano. Status hearing is continued to 10/8/2008 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.