# United States District Court, Northern District of Illinois

H/Hk

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3660 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UPTOWN PRODUCE CONNECTION, INC. vs. TRI-COUNTY PRODUCE, INC. | | |

**DOCKET ENTRY TEXT**

Enter Contempt Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 25  PM 5: 17
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|