*H HN*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UPTOWN PRODUCE CONNECTION, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | Case No. 08-CV-3660 |
| ) | Honorable Judge Charles R. Norgle |
| TRI-COUNTY PRODUCE, INC. and ) | |
| ANGELO MARANO, DAVID MARANO, ) | **CONTEMPT ORDER** |
| and PATRICIA MARANO, each individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| STRUBE CELERY & VEGETABLE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Intervening -Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ANTHONY MARANO COMPANY, ) | |
| ) | |
| Intervening -Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TRI-COUNTY PRODUCE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONTEMPT ORDER

On August 19, 2008, a hearing was held (D.E. #57) on the Court's August 6, 2008 (D.E. #53)

Order to Show Cause why the respondents National City Bank, Angelo Marono, Patricia Morano

and David Morano (collectively the "Respondents") should not be held in Contempt of Court. (D.E.

#53). The Court being fully advised, and after consideration of all supporting and opposing

documentation and arguments of counsel, if any,

**IT IS HEREBY ORDERED,**

National City Bank, Angelo Marano and Patricia Morano, each individually, are in Contempt

of Court for their wilful, blatant and continuing violations of the Temporary Restraining Order

("TRO") (D.E. #10) issued herein.

**IT IS HEREBY FURTHER ORDERED,**

National City Bank (the "Bank"), Angelo Marano and Patricia Morano, jointly and severally

are directed to pay Plaintiff the sum of $19,750.00 forthwith.  The sums indicated herein are to

reimburse the Plaintiff for the fees and costs it incurred in relation to the respondents' wilful

violation of the TRO and to deter similar conduct and affronts to the dignity of the Court in the

future.

**DONE AND SO ORDERED**

DATED this ___25___ day of August, 2008.

ENTERED:

Hon. Charles R. Norgle
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing, together with any and all exhibits thereto, if any, has been served upon all counsel of record properly registered with the Court's ECF system this 20th day of August 2008 and further served, via first class mail with proper postage prepaid, upon the following recipients:

ANGELO MARANO
199 Bayview Road
Elgin, Illinois 60123

PATRICIA MARANO
199 Bayview Road
Elgin, Illinois 60123

NATIONAL CITY BANK
c/o Special Services Department
1900 East Ninth Street
Cleveland, Ohio 44114
Fax1: 216/257-5256
Fax2: 216/257-5863

Respectfully submitted,

UPTOWN PRODUCE CONNECTION, INC.

By: /s/ Jason R. Klinowski, Esq.
    One of Its Attorneys

Michael J. Keaton, Esq.
Illinois Bar No. 6207203
Jason R. Klinowski, Esq.
Illinois Bar. No. 6283266
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, Illinois 60067
Tel: 847/934-6500
Counsel for the Plaintiff